UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

vs.                                                            Case No: 8:09-CR-25-T-27EAJ

JEREMY NEIL EUBANKS            /

**O R D E R**

On May 29, 2009, the Court issued an Order (Doc. No. 42) to have the defendant examined pursuant to 18 U.S.C. § 4241 to determine the defendant's mental competency to stand trial, and pursuant to 18 U.S.C. § 4242 to determine the existence of insanity at the time of the offense. Dr. Michael Gamache was appointed by the Court to conduct an examination of the defendant and prepare a written report pursuant to 18 U.S.C. § 4247. After receiving Dr. Gamache's report, the Court scheduled a competency hearing for August 26, 2009. However, due to a mis-communication between Dr. Gamache's office and the parties, Dr. Gamache's examination and report only addressed the issue of the existence of insanity at the time of the offense, and failed to address the issue of the defendant's mental competency to stand trial. As such, the August 26, 2009 competency hearing was cancelled by the Court in order to allow time for Dr. Gamache to supplement his report and address the issue of the defendant's competency to stand trial.

Accordingly, it is ORDERED:

1.      Consistent with the Court's previous Order (Doc. No. 42), Dr. Gamache shall examine the defendant in order to determine his present competency to stand trial, which shall include his ability to understand the nature and consequences of the proceedings against him and

his ability to assist properly in his defense. Dr. Gamache shall conduct any additional necessary examinations of the defendant and supplement his written report **within 30 days from the date of this Order**.

In making his determination, Dr. Gamache shall specifically include in his report the following items:

- (i) the person's history and present symptoms;
- (ii) a description of the psychiatric, psychological, and medical tests that were employed and their results;
- (iii) the examiner's findings;
- (iv) the examiner's opinions as to diagnosis and prognosis; and
- (v) whether the person is suffering from a mental disease or defect rendering him mentally incompetent to the extent that he is unable to understand the nature and consequences of the proceedings against him or to assist properly in his defense.

With regard to item (v), Dr. Gamache shall answer the following additional questions:

- (i) Does the defendant have present sufficient ability to consult with his counsel with a reasonable degree of rational understanding?
- (ii) Does the defendant have a rational, as well as a factual understanding of the proceedings against him?

2. If not previously done, counsel shall furnish to Dr. Gamache any information pertinent to these issues, including a copy of the indictment, and any pertinent medical reports.

3. Upon completion of this examination Dr. Gamache shall prepare a written report which includes the answers to the above questions and furnish it to Anthony E. Porcelli, United States Magistrate Judge, Chambers 10A, United States Courthouse, 801 North Florida Avenue, Tampa, Florida, 3360l, with copies to Assistant Federal Public Defender Adam Allen, 400 N. Tampa Street, Suite 2700, Tampa, Florida, 33602, and to Assistant United States Attorney Colleen Murphy-Davis, 400 N. Tampa Street, Suite 3200, Tampa, Florida, 33602.

4. If necessary, a competency hearing will be re-scheduled before the undersigned at a date to be announced.

5. The United States Attorney's Office, 400 N. Tampa Street, Suite 3200, Tampa, Florida, 33602, shall be billed directly for all services rendered in accordance with this Order.

DONE and ORDERED at Tampa, Florida, this 26th day of August, 2009.

_____
ANTHONY E. PORCELLI
United States Magistrate Judge