# EXHIBIT F

*Bureau of Prisons Records*

*First Step Act Pattern Risk Assessment*

*Sentencing Data*

*Inmate Discipline Data – Chronological Report*

*Discipline Hearing Reports*

**U.S. DEPARTMENT OF JUSTICE**                                    **FEDERAL BUREAU OF PRISONS**

| | |
|---|---|
| Register Number: 50590-018 | Risk Level Inmate....: R-HI |
| Inmate Name |   General Level......: R-MED (40) |
|   Last.........: EUBANKS |   Violent Level......: R-HI (31) |
|   First........: JEREMY | Security Level Inmate: MEDIUM |
|   Middle.......: NEIL | Security Level Facl..: HIGH |
|   Suffix.......: | Responsible Facility.: MCR |
| Gender.........: MALE | Start Incarceration..: 05/03/2010 |

**PATTERN Worksheet Summary**

| Item | – Value | – General Score | – Violent Score |
|---|---|---|---|
| Current Age | 41 | 14 | 8 |
| Walsh w/Conviction | FALSE | 0 | 0 |
| Violent Offense (PATTERN) | TRUE | 5 | 5 |
| Criminal History Points | 4 | 16 | 8 |
| History of Escapes | 0 | 0 | 0 |
| History of Violence | 5 | 5 | 5 |
| Education Score | HighSchoolDegreeOrGED | –4 | –2 |
| Drug Program Status | NoDAPCompletion | 0 | 0 |
| All Incident Reports (120 Months) | 11 | 3 | 3 |
| Serious Incident Reports (120 Months) | 10 | 6 | 6 |
| Time Since Last Incident Report | 9 | 2 | 1 |
| Time Since Last Serious Incident Report | 9 | 1 | 1 |
| FRP Refuse | FALSE | 0 | 0 |
| Programs Completed | 23 | –8 | –4 |
| Work Programs | 0 | 0 | 0 |
| | Total | 40 | 31 |

No 8:09-cr-00025-JDW-AEP

Exhibit F

1

```
 REG NO..: 50590-018 NAME....: EUBANKS, JEREMY NEIL
 CATEGORY: WRK      FUNCTION: PRT      FORMAT:
```

| FCL | ASSIGNMENT | DESCRIPTION | START DATE/TIME | STOP DATE/TIME |
|---|---|---|---|---|
| MCR | UNASSGN | UNASSIGNED | 12-14-2021 1336 | CURRENT |
| MCR | A&O | ADMISSIONS & ORIENTATION | 11-30-2021 1715 | 12-14-2021 1336 |
| OKL | UNASSG | UNASSIGNED HOLDOVER | 11-05-2021 1630 | 11-30-2021 0945 |
| ATL | DCU UNASSG | DETENTION CENTER UNASSIGNED | 10-21-2021 1443 | 11-05-2021 1307 |
| BSY | SHU UNASSG | SHU UNASSG | 09-19-2021 1348 | 10-21-2021 0642 |
| BSY | LABOR POOL | LABOR POOL | 09-18-2021 1916 | 09-19-2021 1348 |
| BSY | LABOR POOL | LABOR POOL | 05-19-2021 0220 | 09-18-2021 1232 |
| BSY | SHU UNASSG | SHU UNASSG | 05-19-2021 0208 | 05-19-2021 0220 |
| BSY | UNASSG | UNASSIGNED | 04-06-2021 1405 | 05-19-2021 0208 |
| BSY | SHU UNASSG | SHU UNASSG | 03-23-2021 0950 | 04-06-2021 1405 |
| BSY | UNASSG | UNASSIGNED | 03-11-2021 1233 | 03-23-2021 0950 |
| BSY | LAUNDRY | LAUNDRY | 03-11-2021 1227 | 03-11-2021 1233 |
| BSY | UNASSG | UNASSIGNED | 01-07-2021 0900 | 03-11-2021 1227 |
| BSY | A&O | ADMISSION & ORIENTATION | 12-16-2020 1353 | 01-07-2021 0900 |
| ATL | DCU UNASSG | DETENTION CENTER UNASSIGNED | 12-10-2020 1706 | 12-16-2020 0613 |
| BEN | SHU UNASSG | SHU HOUSED INMATES | 04-30-2020 0122 | 12-10-2020 1015 |
| BEN | DW CMPND | CMPND DETAIL | 04-20-2020 0001 | 04-30-2020 0122 |
| BEN | UNASSG | UNASSIGNED | 02-13-2020 1204 | 04-20-2020 0001 |
| BEN | SHU UNASSG | SHU HOUSED INMATES | 02-04-2020 1052 | 02-13-2020 1204 |
| BEN | PLUMBSHOP2 | PLUMBING SHOP 2 | 08-08-2019 0001 | 02-04-2020 1052 |
| BEN | UNASSG | UNASSIGNED | 08-05-2019 0906 | 08-08-2019 0001 |
| BEN | SHU UNASSG | SHU HOUSED INMATES | 07-17-2019 1507 | 08-05-2019 0906 |
| BEN | PLUMBSHOP2 | PLUMBING SHOP 2 | 11-13-2018 0001 | 07-17-2019 1507 |
| BEN | UNASSG | UNASSIGNED | 11-08-2018 0001 | 11-13-2018 0001 |
| BEN | DAYSFS/A&O | DAYS FS | 11-05-2018 0001 | 11-08-2018 0001 |
| BEN | UNASSG | UNASSIGNED | 09-28-2018 1451 | 11-05-2018 0001 |
| BEN | A&O COMPLT | A&O COMPLETE | 09-28-2018 1445 | 09-28-2018 1451 |
| BEN | F UNASPA&O | UNASSIGNED PENDING A&O | 09-05-2018 1030 | 09-28-2018 1445 |
| ATL | DCU UNASSG | DETENTION CENTER UNASSIGNED | 08-22-2018 1400 | 09-04-2018 1346 |
| EDG | DIS UNASSG | DISCIPLINARY SEGREGATION | 07-24-2018 1145 | 08-22-2018 1054 |
| EDG | ADM UNASSG | ADMINISTRATIVE DETENTION | 07-05-2018 1351 | 07-24-2018 1145 |
| EDG | AM REC YD2 | RECREATION AM (1:00PM - 3:00PM | 05-04-2018 0001 | 07-05-2018 1351 |
| EDG | A&O CMPLT | ADMISSION & ORIENTATION COMPLT | 04-26-2018 1037 | 05-04-2018 0001 |
| EDG | A&O | ADMISSION & ORIENTATION PRGM | 04-18-2018 0959 | 04-26-2018 1037 |
| ATL | DCU UNASSG | DETENTION CENTER UNASSIGNED | 04-06-2018 1301 | 04-18-2018 0608 |
| OKL | UNASSG | UNASSIGNED HOLDOVER | 03-29-2018 1755 | 04-06-2018 0733 |
| POL | SHU UNASSG | UNASSIGN DUE TO SHU STATUS | 02-12-2018 1714 | 03-29-2018 1115 |
| POL | C4 ORDERLY | C4 UNIT ORDERLY | 01-11-2018 0001 | 02-12-2018 1714 |
| POL | UNASSG | UNASSIGN WORK STATUS | 12-11-2017 1420 | 01-11-2018 0001 |
| POL | A&O | ADMISSION & ORIENTATION | 12-07-2017 1520 | 12-11-2017 1420 |
| OKL | UNASSG | UNASSIGNED HOLDOVER | 12-04-2017 1455 | 12-07-2017 0730 |

```
 G0002      MORE PAGES TO FOLLOW . . .
```

No 8:09-cr-00025-JDW-AEP
Exhibit F
2
BOP FOIA   #2022-01844 2 of 6

```
 REG NO..: 50590-018 NAME....: EUBANKS, JEREMY NEIL
 CATEGORY: WRK      FUNCTION: PRT      FORMAT:
```

| FCL | ASSIGNMENT | DESCRIPTION | START DATE/TIME | STOP DATE/TIME |
|-----|-----------|-------------|-----------------|----------------|
| CAA | SHU UNASSG | SHU UNASSG | 08-22-2017 0833 | 12-04-2017 0700 |
| CAA | CCS BLUE | CCS BLUE SIDE ORD | 06-13-2017 0001 | 08-22-2017 0833 |
| CAA | USP PLB AM | USP PLUMBING AM | 04-03-2017 0001 | 06-13-2017 0001 |
| CAA | A&O COMPLT | A&O COMPLETE | 03-23-2017 1449 | 04-03-2017 0001 |
| CAA | USP W A&O | USP W A&O | 03-06-2017 1630 | 03-23-2017 1449 |
| OKL | UNASSG | UNASSIGNED HOLDOVER | 03-01-2017 1745 | 03-06-2017 0730 |
| ATL | DCU UNASSG | DETENTION CENTER UNASSIGNED | 02-28-2017 1700 | 03-01-2017 1321 |
| ATL | DCU UNASSG | DETENTION CENTER UNASSIGNED | 02-28-2017 1116 | 02-28-2017 1134 |
| LEE | SHU UNASSG | SHU UNASSIGN | 12-31-2016 1822 | 02-28-2017 1050 |
| LEE | F/S AM KIT | USP AM KITCHEN | 12-31-2016 1631 | 12-31-2016 1822 |
| LEE | F/S AM KIT | USP AM KITCHEN | 12-13-2016 0001 | 12-29-2016 1014 |
| LEE | PM REC GYM | USP PM RECREATION - GYM | 11-19-2016 0001 | 12-13-2016 0001 |
| LEE | U D UNASSG | D UNIT UNASSIGNED | 09-28-2016 1106 | 11-19-2016 0001 |
| LEE | U A UNASSG | A UNIT UNASSIGNED | 09-27-2016 1200 | 09-28-2016 1106 |
| ATL | DCU UNASSG | DETENTION CENTER UNASSIGNED | 09-22-2016 0949 | 09-27-2016 0521 |
| TAL | JAIL | WORK ASSG (A-PRE/A-HLD) | 09-15-2016 1553 | 09-22-2016 0325 |
| COP | UNASSG/AD | UNASSIGNED- ADMIN DETENTION | 06-24-2016 2021 | 09-15-2016 1028 |
| COP | COMPD S-AM | COMPOUND ORDERLY AM SOUTH YARD | 04-22-2016 0001 | 06-24-2016 2021 |
| COP | COMPD N-AM | COMPOUND ORDERLY AM NORTH YARD | 02-08-2016 1218 | 04-22-2016 0001 |
| COP | UNASSG | UNASSIGNED WORK DETAIL | 01-25-2016 1353 | 02-08-2016 1218 |
| COP | UNASSG/DS | UNASSIGNED - DISCIPLINARY SEG | 01-17-2016 1028 | 01-25-2016 1353 |
| COP | UNASSG/AD | UNASSIGNED- ADMIN DETENTION | 01-09-2016 1235 | 01-17-2016 1028 |
| COP | B UNT ORD | B UNIT ORDERLY | 01-04-2016 0001 | 01-09-2016 1235 |
| COP | UNASSG | UNASSIGNED WORK DETAIL | 12-27-2015 0823 | 01-04-2016 0001 |
| COP | UNASSG/AD | UNASSIGNED- ADMIN DETENTION | 12-20-2015 0957 | 12-27-2015 0823 |
| COP | COMPD N-AM | COMPOUND ORDERLY AM NORTH YARD | 07-24-2015 1031 | 12-20-2015 0957 |
| COP | REC SPEC | RECREATION SPEC DETAIL | 07-07-2015 1441 | 07-24-2015 1031 |
| COP | UNASSG | UNASSIGNED WORK DETAIL | 06-30-2015 1458 | 07-07-2015 1441 |
| COP | UNASSG/AD | UNASSIGNED- ADMIN DETENTION | 06-28-2015 1508 | 06-30-2015 1458 |
| COP | COMPD N-AM | COMPOUND ORDERLY AM NORTH YARD | 06-09-2015 0906 | 06-28-2015 1508 |
| COP | UNASSG | UNASSIGNED WORK DETAIL | 06-07-2015 1510 | 06-09-2015 0906 |
| COP | UNASSG/DS | UNASSIGNED - DISCIPLINARY SEG | 05-26-2015 1530 | 06-07-2015 1510 |
| COP | UNASSG/AD | UNASSIGNED- ADMIN DETENTION | 05-19-2015 0924 | 05-26-2015 1530 |
| COP | COMPD N-AM | COMPOUND ORDERLY AM NORTH YARD | 01-16-2015 1053 | 05-19-2015 0924 |
| COP | UNASSG | UNASSIGNED WORK DETAIL | 10-22-2014 1329 | 01-16-2015 1053 |
| COP | UNASSG/AD | UNASSIGNED- ADMIN DETENTION | 09-27-2014 1329 | 10-22-2014 1329 |
| COP | REL DINING | RELIEF DINING | 05-27-2014 0001 | 09-27-2014 1329 |
| COP | REC SPEC | RECREATION SPEC DETAIL | 05-05-2014 0642 | 05-27-2014 0001 |
| COP | UNASSG | UNASSIGNED WORK DETAIL | 04-16-2014 1010 | 05-05-2014 0642 |
| COP | A&O COMPLT | A&O COMPLETE | 04-16-2014 1010 | 04-16-2014 1010 |
| COP | UNASSG | UNASSIGNED WORK DETAIL | 04-16-2014 1010 | 04-16-2014 1010 |

```
G0002     MORE PAGES TO FOLLOW . . .
```

No  8:09-cr-00025-JDW-AEP
Exhibit F
3

BOP FOIA   #2022-01844 3 of 6

```
   REG NO..: 50590-018 NAME....: EUBANKS, JEREMY NEIL
    CATEGORY: WRK        FUNCTION: PRT        FORMAT:

 FCL    ASSIGNMENT DESCRIPTION                START DATE/TIME STOP  DATE/TIME
 COP    A&O         ADMISSIONS & ORIENTATION  04-01-2014 1645 04-16-2014 1010
 OKL    UNASSG      UNASSIGNED HOLDOVER       03-24-2014 1700 04-01-2014 0935
 ALP    SMU         SMU INMATES               07-24-2013 0854 03-24-2014 0648
 LEW    UNASSG      UNASSIGNED WORK DETAIL    07-30-2012 1712 07-24-2013 0751
 OKL    UNASSG      UNASSIGNED HOLDOVER       07-26-2012 1820 07-30-2012 0805
 VIM    SHU UNASSG  UNASSIGNED SHU INMATES    07-18-2012 1855 07-26-2012 1136
 MEN    SHU UNASSG  SHU UNASSIGNED            04-30-2012 1819 07-18-2012 1326
 VIM    SHU UNASSG  UNASSIGNED SHU INMATES    08-11-2011 2048 04-30-2012 0712
 VIM    LAUNDRY     LAUNDRY                   12-08-2010 1214 08-11-2011 2048
 VIM    UNASSGN     UNASSIGNED NEW INMATES    12-01-2010 0205 12-08-2010 1214
 VIM    SHU UNASSG  UNASSIGNED SHU INMATES    10-31-2010 1841 12-01-2010 0205
 VIM    UNASSGN     UNASSIGNED NEW INMATES    09-27-2010 2109 11-02-2010 1310
 VIM    REC PM      RECREATION OUTSIDE PM     10-21-2010 0001 10-31-2010 1841
 VIM    SHU UNASSG  UNASSIGNED SHU INMATES    08-04-2010 1815 09-27-2010 2109
 VIM    UNASSGN     UNASSIGNED NEW INMATES    07-28-2010 1213 08-04-2010 1815
 VIM    A&O         A&O PROGRAM               07-22-2010 1217 07-28-2010 1213


 G0000       TRANSACTION SUCCESSFULLY COMPLETED
```

```
             50590-018              REG
REGNO: 50590-018                 FUNCTION: PRT DOB/AGE.: ███████ 980 / 41
NAME.: EUBANKS, JEREMY NEIL                     R/S/ETH.: W/M/O   WALSH: NO
RSP..: MCR-MCCREARY USP                         MILEAGE.: 741 MILES
PHONE: 606-354-7000      FAX: 606-354-7190
 PROJ REL METHOD: GOOD CONDUCT TIME RELEASE     FBI NO..: 730560WC3
 PROJ REL DATE..: 02-26-2037                    INS NO..: N/A
 PAR ELIG DATE..: N/A                           SSN.....: ████2175
 PAR HEAR DATE..:               PSYCH: NO       DETAINER: NO    [(b)(7)(C); (b)(7)(E); (b)(7)(F)]
OFFN/CHG RMKS: 09CR25 BRANDISHING A FIREARM DURING A CRIME OF
OFFN/CHG RMKS: VIOLENCE (2 CTS); 384 MOS CBOP/5 YRS SRT;
```

| FACL | CATEGORY | - - - - CURRENT ASSIGNMENT - - - - - | EFF DATE | TIME |
|------|----------|-------------------------------------|----------|------|
| MCR | ADM-REL | A-DES | DESIGNATED, AT ASSIGNED FACIL | 11-30-2021 | 1715 |
| MCR | CARE LEVEL | CARE1 | HEALTHY OR SIMPLE CHRONIC CARE | 12-07-2021 | 1520 |
| MCR | CARE LEVEL | CARE1-MH | CARE1-MENTAL HEALTH | 07-22-2010 | 1436 |
| MCR | COR COUNSL | 4B [(b)(6); (b)(7)(C)] | | 12-14-2021 | 0801 |
| MCR | CASE MGT | BIR CERT N | BIRTH CERTIFICATE - NO | 09-20-2020 | 1212 |
| MCR | CASE MGT | CFSR | CERT FOOD SINCERITY REMOVAL | 04-01-2018 | 1621 |
| MCR | CASE MGT | DEPEND Y | DEPENDENTS UNDER 21 - YES | 10-13-2018 | 0857 |
| MCR | CASE MGT | PHOTO ID N | PHOTO ID - NO | 12-22-2017 | 1124 |
| MCR | CASE MGT | RPP PART | RELEASE PREP PGM PARTICIPATES | 11-28-2012 | 1232 |
| MCR | CASE MGT | SMU COMPLT | SMU COMPLETED | 03-01-2014 | 0001 |
| MCR | CASE MGT | SSN CARD N | SOCIAL SECURITY CARD - NO | 09-20-2020 | 1212 |
| MCR | CASE MGT | VET P/S N | PARENT/SPOUSE VETERAN - NO | 12-22-2017 | 1124 |
| MCR | CASE MGT | VETERAN Y | VETERAN - YES | 12-22-2017 | 1124 |
| MCR | CASE MGT | [(b)(7)(C); (b)(7)(E); (b)(7)(F)] | | 06-11-2010 | 0700 |
| MCR | CASE MGT | | | 07-26-2010 | 1407 |
| MCR | CASE MGT | WA NO HIST | NO WALSH ACT OFFENSE HISTORY | 06-10-2010 | 1123 |
| MCR | CASEWORKER | 4B [(b)(6); (b)(7)(C)] | | 12-14-2021 | 0801 |
| MCR | CUSTODY | IN | IN CUSTODY | 06-10-2010 | 1115 |
| MCR | DRUG PGMS | DAP DIAG | DRUG ABUSE DIAGNOSIS PENDING | 08-22-2017 | 1046 |
| MCR | DRUG PGMS | ED COMP | DRUG EDUCATION COMPLETE | 12-23-2014 | 0935 |
| MCR | DESIG/SENT | FFLM PART | FFLM-PARTIAL COMPLY W/JUD REC | 06-11-2010 | 0907 |
| MCR | DESIG/SENT | LIMA | TEAM LIMA | 06-10-2010 | 1122 |
| MCR | EDUC INFO | ESL HAS | ENGLISH PROFICIENT | 07-29-2010 | 1840 |
| MCR | EDUC INFO | GED HAS | COMPLETED GED OR HS DIPLOMA | 07-29-2010 | 1838 |
| MCR | FIN RESP | PART | FINANC RESP-PARTICIPATES | 01-04-2022 | 1406 |
| MCR | FIRST STEP | FTC INELIG | FTC-INELIGIBLE-REVIEWED | 12-20-2019 | 0824 |
| MCR | FIRST STEP | INELIG AUT | FTC-INELIGIBLE OFF CODE - AUTO | 12-17-2019 | 1527 |
| MCR | FIRST STEP | N-ANGER N | NEED - ANGER/HOSTILITY NO | 01-17-2022 | 0054 |
| MCR | FIRST STEP | N-ANTISO N | NEED - ANTISOCIAL PEERS NO | 01-17-2022 | 0054 |
| MCR | FIRST STEP | N-COGNTV Y | NEED - COGNITIONS YES | 01-17-2022 | 0054 |
| MCR | FIRST STEP | N-DYSLEX N | NEED - DYSLEXIA NO | 05-28-2021 | 2130 |
| MCR | FIRST STEP | N-EDUC N | NEED - EDUCATION NO | 01-17-2022 | 0054 |
| MCR | FIRST STEP | N-FIN PV Y | NEED - FINANCE/POVERTY YES | 01-17-2022 | 0054 |
| MCR | FIRST STEP | N-FM/PAR Y | NEED - FAMILY/PARENTING YES | 01-17-2022 | 0054 |
| MCR | FIRST STEP | N-M HLTH N | NEED - MENTAL HEALTH NO | 01-17-2022 | 0054 |
| MCR | FIRST STEP | N-MEDICL N | NEED - MEDICAL NO | 01-17-2022 | 0054 |
| MCR | FIRST STEP | N-RLF Y | NEED - REC/LEISURE/FITNESS YES | 01-17-2022 | 0054 |
| MCR | FIRST STEP | N-SUB AB N | NEED - SUBSTANCE ABUSE NO | 01-17-2022 | 0054 |

```
G0017      [(b)(7)(C); (b)(7)(E); (b)(7)(F)]
G0002      MORE PAGES TO FOLLOW . . .
```

```
          50590-018              REG
REGNO: 50590-018              FUNCTION: PRT  DOB/AGE.: ████1980 / 41
NAME.: EUBANKS, JEREMY NEIL                  R/S/ETH.: W/M/O    WALSH: NO
RSP..: MCR-MCCREARY USP                      MILEAGE.: 741 MILES
PHONE: 606-354-7000        FAX: 606-354-7190
 FACL CATEGORY    - - - -   CURRENT ASSIGNMENT  - - - - -  EFF DATE   TIME
 MCR  FIRST STEP N-TRAUMA Y  NEED - TRAUMA YES              01-17-2022 0054
 MCR  FIRST STEP N-WORK Y    NEED - WORK YES                01-17-2022 0054
 MCR  FIRST STEP R-HI        HIGH RISK RECIDIVISM LEVEL     12-17-2021 1550
 MCR  LEVEL      MEDIUM      SECURITY CLASSIFICATION MEDIUM 09-27-2021 1532
 MCR  MED DY ST  C19-QUAR    COVID-19 QUARANTINED           11-03-2020 1425
 MCR  MED DY ST  C19-T NEG   COVID-19 TEST-RESULTS NEGATIVE 12-03-2020 1235
 MCR  MED DY ST  NO PAPER    NO PAPER MEDICAL RECORD        07-23-2010 0723
 MCR  MED DY ST  REG DUTY    NO MEDICAL RESTR--REGULAR DUTY 12-07-2021 1520
 MCR  MED DY ST  YES F/S     CLEARED FOR FOOD SERVICE       12-07-2021 1520
 MCR  PGM REVIEW JUN         JUNE PROGRAM REVIEW            06-14-2022 1549
 MCR  PT OTHER   MON SM G W  MONEY SMART GENERAL POP WAIT   02-24-2021 1319
 MCR  PSYCH TRMT CHG FAIL W  CHALLENGE FAIL-WITHDRAWAL      07-13-2016 0715
 MCR  PSYCH TRMT CHG SCREEN  CHALLENGE SCREENING            12-14-2021 1313
 MCR  PSYCH TRMT RSW WAIT    RESOLVE WORKSHOP WAITING       12-14-2021 1313
 MCR  QUARTERS   D03-116U    HOUSE D/RANGE 03/BED 116U      01-13-2022 1254
 MCR  RELIGION   PROTESTANT  PROTESTANT                     02-12-2018 1418
 MCR  UNIT MGR   4B          (b)(7)(C),(b)(6)               12-20-2021 1528
 MCR  UNIT       4B          HOUSING UNIT 4B                12-14-2021 0759
 MCR  WAITNG LST (b)(7)(C),(b)(7)(E),(b)(7)(F)              12-29-2021 0924
 MCR  WRK DETAIL UNASSGN     UNASSIGNED                     12-14-2021 1336
 MCR  WASPB      PAR ONEP    PHASE ONE PART                 02-24-2021 1255
```

```
G0017     (b)(7)(C),(b)(7)(E),(b)(7)(F)
G0000     TRANSACTION SUCCESSFULLY COMPLETED
```

REGNO..: 50590-018 NAME: EUBANKS, JEREMY NEIL

```
FBI NO...........: 730560WC3          DATE OF BIRTH: �this▌1980  AGE:  40
ARS1.............: BSY/A-DES
UNIT.............: C UNIT              QUARTERS.....: C08-408L
DETAINERS........: NO                 NOTIFICATIONS: NO
```

HOME DETENTION ELIGIBILITY DATE: 07-16-2036

THE FOLLOWING SENTENCE DATA IS FOR THE INMATE'S CURRENT COMMITMENT.
THE INMATE IS PROJECTED FOR RELEASE:  01-16-2037 VIA GCT REL


-------------------CURRENT JUDGMENT/WARRANT NO: 010 -----------------------

```
COURT OF JURISDICTION..........: FLORIDA, MIDDLE DISTRICT
DOCKET NUMBER..................: 8:09-CR-25-T-27AEP
JUDGE..........................: WHITTEMORE
DATE SENTENCED/PROBATION IMPOSED: 05-03-2010
DATE COMMITTED.................: 07-22-2010
HOW COMMITTED..................: US DISTRICT COURT COMMITMENT
PROBATION IMPOSED..............: NO
```

```
                  FELONY ASSESS  MISDMNR ASSESS  FINES         COSTS
NON-COMMITTED.:   $200.00        $00.00          $00.00        $00.00
```

RESTITUTION...:  PROPERTY:  NO  SERVICES:  NO      AMOUNT:  $6,117.99

-----------------------CURRENT OBLIGATION NO: 010 --------------------------
OFFENSE CODE....:  130     18:924(C) FIREARMS LAWS          FSA INELIGIBLE
OFF/CHG: 18:924(C)(1)(A)(II) BRANDISHING A FIREARM DURING A CRIME OF
         VIOLENCE -CT2

```
SENTENCE PROCEDURE.............: 3559 PLRA SENTENCE
SENTENCE IMPOSED/TIME TO SERVE.:   84 MONTHS
TERM OF SUPERVISION............:    5 YEARS
DATE OF OFFENSE................: 03-21-2008
```


G0002      MORE PAGES TO FOLLOW . . .

REGNO..: 50590-018 NAME: EUBANKS, JEREMY NEIL


------------------------CURRENT OBLIGATION NO: 020 -------------------------
OFFENSE CODE....:  130     18:924(C) FIREARMS LAWS        FSA INELIGIBLE
OFF/CHG: 18:924(C)(1)(A)(II) BRANDISHING A FIREARM DURING A CRIME OF
         VIOLENCE -CT4

  SENTENCE PROCEDURE.............: 3559 PLRA SENTENCE
  SENTENCE IMPOSED/TIME TO SERVE.:   300 MONTHS
  TERM OF SUPERVISION...........:     5 YEARS
  RELATIONSHIP OF THIS OBLIGATION
   TO OTHERS FOR THE OFFENDER....: CS TO OBLG 010
  DATE OF OFFENSE...............: 05-14-2008

------------------------CURRENT COMPUTATION NO: 010 ------------------------

COMPUTATION 010 WAS LAST UPDATED ON 05-02-2020 AT DSC AUTOMATICALLY
COMPUTATION CERTIFIED ON 08-31-2010 BY DESIG/SENTENCE COMPUTATION CTR

THE FOLLOWING JUDGMENTS, WARRANTS AND OBLIGATIONS ARE INCLUDED IN
CURRENT COMPUTATION 010: 010 010, 010 020

DATE COMPUTATION BEGAN..........: 05-03-2010
AGGREGATED SENTENCE PROCEDURE...: AGGREGATE GROUP 800 PLRA
TOTAL TERM IN EFFECT............:   384 MONTHS
TOTAL TERM IN EFFECT CONVERTED..:    32 YEARS
AGGREGATED TERM OF SUPERVISION..:     5 YEARS
EARLIEST DATE OF OFFENSE........: 03-21-2008

JAIL CREDIT....................:   FROM DATE    THRU DATE
                                   06-18-2008   05-02-2010


G0002      MORE PAGES TO FOLLOW . . .

REGNO..: 50590-018 NAME: EUBANKS, JEREMY NEIL

```
TOTAL PRIOR CREDIT TIME.........: 684
TOTAL INOPERATIVE TIME..........: 0
TOTAL GCT EARNED AND PROJECTED..: 1248
TOTAL GCT EARNED................: 168
STATUTORY RELEASE DATE PROJECTED: 01-16-2037
ELDERLY OFFENDER TWO THIRDS DATE: 10-18-2029
EXPIRATION FULL TERM DATE.......: 06-17-2040
TIME SERVED.....................:    12 YEARS      6 MONTHS    12 DAYS
PERCENTAGE OF FULL TERM SERVED..:  39.1
PERCENT OF STATUTORY TERM SERVED:  43.8
```

```
PROJECTED SATISFACTION DATE.....: 01-16-2037
PROJECTED SATISFACTION METHOD...: GCT REL
```

```
REMARKS.......: EOS: 06-17-08. 08-18-10 DGCT #2049754. 11-17-10 DGCT #2084880.
                03-14-2011 DGCT #2131694 BY GV ON 3-22-13.
                5-27-15 DGCT #2717301 L/DPS.1-14-16 DGCT 2803050/2802813 L/CLR
                07/25/18 DGCT #3142602 L/DPS. 1-15-19 GCT UPDT L/KDS
                07-25-19 DGCT/FFT #0153 L/GLM. 02/04/20 DGCT #3351388 L/ALH.
                05-02-2020 DGCT/FFT #3381344 L/BLD.
```

G0000      TRANSACTION SUCCESSFULLY COMPLETED

```
BSYBL   606.00  *     MALE CUSTODY CLASSIFICATION FORM     *     12-29-2020
PAGE 001 OF 001                                                   13:47:18
```

### (A) IDENTIFYING DATA

```
REG NO..: |50590-018|          FORM DATE: 05-18-2020          ORG: DSC
NAME....: EUBANKS, JEREMY NEIL

                                 MGTV: GRTR SECU

PUB SFTY: GRT SVRTY,SENT LGTH    MVED: 05-18-2021
```

### (B) BASE SCORING

```
DETAINER: (0) NONE               SEVERITY.......: (7) GREATEST
MOS REL.: 199                    CRIM HIST SCORE: (04) 4 POINTS
ESCAPES.: (0) NONE               VIOLENCE.......: (5) < 5 YRS MINOR
VOL SURR: (0) N/A                AGE CATEGORY...: (2) 36 THROUGH 54
EDUC LEV: (0) VERFD HS DEGREE/GED DRUG/ALC ABUSE.: (1) <5 YEARS
```

### (C) CUSTODY SCORING

```
TIME SERVED.....: (4) 26-75%     PROG PARTICIPAT: (0) POOR
LIVING SKILLS...: (0) POOR       TYPE DISCIP RPT: (0) GREATEST
FREQ DISCIP RPT.: (1) 2-5        FAMILY/COMMUN..: (4) GOOD
```

--- LEVEL AND CUSTODY SUMMARY ---

| BASE | CUST | VARIANCE | SEC TOTAL | SCORED LEV | MGMT SEC LEVEL | CUSTODY | CONSIDER |
|------|------|----------|-----------|------------|----------------|---------|----------|
| +19  | +9   | +4       | +23       | MEDIUM     | HIGH           | IN      | INCREASE |

```
G0005      TRANSACTION SUCCESSFULLY COMPLETED - CONTINUE PROCESSING IF DESIRED
```

No 8:09-cr-00025-JDW-AEP
Exhibit F
10

```
REGISTER NO: 50590-018 NAME..: EUBANKS, JEREMY NEIL
FUNCTION...: PRT      FORMAT: CHRONO    LIMIT TO ____ MOS PRIOR TO 03-28-2022
```

------------------------------------------------------------------------------

```
REPORT NUMBER/STATUS.: 3486365 - SANCTIONED INCIDENT DATE/TIME: 03-13-2021 0715
DHO HEARING DATE/TIME: 04-01-2021 1225
FACL/CHAIRPERSON.....: BSY/ [(b)(6); (b)(7)(C)]
APPEAL CASE NUMBER(S): 1083444
REPORT REMARKS.......: INMATE ATTENDED HIS HEARING AND REMAINED SILENT.
   112  USE OF DRUGS/ALCOHOL - FREQ: 1 ATI: DDB
        DIS GCT   / 41 DAYS / CS
        COMP:010 LAW:P
        DS        / 30 DAYS / CS / SUSPENDED 60 DAYS
        COMP:     LAW:
        LP COMM   / 3 MONTHS / CS
                  FROM: 04-01-2021  THRU: 06-30-2021
        COMP:     LAW:
        LP EMAIL  / 3 MONTHS / CS
                  FROM: 04-01-2021  THRU: 06-30-2021
        COMP:     LAW:
```

------------------------------------------------------------------------------

```
REPORT NUMBER/STATUS.: 3381344 - SANCTIONED INCIDENT DATE/TIME: 03-14-2020 1737
DHO HEARING DATE/TIME: 04-29-2020 0740          DHO REPT DEL: 05-06-2020 1500
FACL/CHAIRPERSON.....: BEN/ [(b)(6); (b)(7)(C)]
REPORT REMARKS.......: ADMITTED USING SUBOXONE
                       REPEAT OFFENSE
   112  USE OF DRUGS/ALCOHOL - FREQ: 1 ATI: DDB
        DIS GCT   / 41 DAYS / CS
        COMP:010 LAW:P
        DS        / 30 DAYS / CS
                  FROM: 04-29-2020  THRU: 05-28-2020
        COMP:     LAW:
        FF NVGCT  / 75 DAYS / CS
        COMP:010 LAW:P
        LP COMM   / 6 MONTHS / CS
                  FROM: 05-03-2020  THRU: 11-02-2020
        COMP:     LAW:
        LP PHONE  / 6 MONTHS / CS
                  FROM: 04-29-2020  THRU: 10-28-2020
        COMP:     LAW:
```

------------------------------------------------------------------------------

```
REPORT NUMBER/STATUS.: 3351388 - SANCTIONED INCIDENT DATE/TIME: 01-01-2020 1818
DHO HEARING DATE/TIME: 01-31-2020 1520          DHO REPT DEL: 02-15-2020 1600
FACL/CHAIRPERSON.....: BEN/ [(b)(6); (b)(7)(C)]
REPORT REMARKS.......: DRUGS
   112  USE OF DRUGS/ALCOHOL - FREQ: 1 ATI: DDB
        DIS GCT   / 41 DAYS / CS
        COMP:010 LAW:P   MEETS SENTENCING GUIDELINES
```

------------------------------------------------------------------------------

```
G0002      MORE PAGES TO FOLLOW . . .
```

```
REGISTER NO: 50590-018 NAME..: EUBANKS, JEREMY NEIL
FUNCTION...: PRT      FORMAT: CHRONO    LIMIT TO ____ MOS PRIOR TO 03-28-2022
```

```
DHO HEARING DATE/TIME: 01-31-2020 1520 REPORT 3351388 CONTINUED
        LP COMM    / 3 MONTHS / CS
                   FROM: 02-03-2020  THRU: 05-02-2020
        COMP:   LAW:   DETER BEHAVIOR
```
--------------------------------------------------------------------------------
```
REPORT NUMBER/STATUS.: 3280153 - SANCTIONED INCIDENT DATE/TIME: 07-17-2019 1005
DHO HEARING DATE/TIME: 07-24-2019 0810          DHO REPT DEL: 08-06-2019 1106
FACL/CHAIRPERSON.....: BEN/(b)(6); (b)(7)(C)
REPORT REMARKS.......: ADMITS CHG / IN POSSESSION OF ALCOHOL. OFC SECURED IT IN
                       OFFICE & I/M FISHED OUT FROM UNDER THE DOOR
   113  POSSESSING DRUGS/ALCOHOL - FREQ: 1 ATI: DAC
        DIS GCT    / 41 DAYS / CS
        COMP:010 LAW:P   MEETS PLRA GUIDELINES
        DS         / 15 DAYS / CS
                   FROM: 07-24-2019  THRU: 08-07-2019
        COMP:   LAW:   IMPOSED AS PUNISHMENT
        LP COMM    / 6 MONTHS / CS
                   FROM: 07-24-2019  THRU: 01-23-2020
        COMP:   LAW:   IMPOSED TO EXPRESS THE SERIOUSNESS OF THE ACT
        LP VISIT   / 6 MONTHS / CS
                   FROM: 07-24-2019  THRU: 01-23-2020
        COMP:   LAW:   IMPOSED TO DETER MISCONDUCT
   219  STEALING - FREQ: 1
        DIS GCT    / 27 DAYS / CS
        COMP:010 LAW:P   MEETS PLRA GUIDELINES
        DS         / 15 DAYS / CS
                   FROM: 08-08-2019  THRU: 08-22-2019
        COMP:   LAW:   IMPOSED AS PUNISHMENT
        FF NVGCT   / 54 DAYS / CS
        COMP:010 LAW:P   IMPOSED TO EXPRESS THE SERIOUSNESS OF THE ACT
        LP PHONE   / 6 MONTHS / CS
                   FROM: 07-24-2019  THRU: 01-23-2020
        COMP:   LAW:   IMPOSED TO DETER MISCONDUCT
```
--------------------------------------------------------------------------------
```
REPORT NUMBER/STATUS.: 3203803 - SANCTIONED INCIDENT DATE/TIME: 12-19-2018 0035
DHO HEARING DATE/TIME: 01-13-2019 0800          DHO REPT DEL: 01-18-2019 1500
FACL/CHAIRPERSON.....: BEN/(b)(6); (b)(7)(C)
REPORT REMARKS.......: CELL PHONE
   108  POSSESSING A HAZARDOUS TOOL - FREQ: 1 ATI: EYC RFP: D
        DIS GCT    / 41 DAYS / CS
        COMP:010 LAW:P   MEETS SENTENCING GUIDELINES
        LP COMM    / 3 MONTHS / CS
                   FROM: 01-24-2019  THRU: 04-23-2019
        COMP:   LAW:
```

```
G0002      MORE PAGES TO FOLLOW . . .
```

```
REGISTER NO: 50590-018 NAME..: EUBANKS, JEREMY NEIL
FUNCTION...: PRT      FORMAT: CHRONO    LIMIT TO ____ MOS PRIOR TO 03-28-2022


DHO HEARING DATE/TIME: 01-13-2019 0800 REPORT 3203803 CONTINUED
        LP PHONE   / 3 MONTHS / CS
                FROM: 01-16-2019  THRU: 04-15-2019
        COMP:    LAW:   DETER FUTURE BEHAVIOR
--------------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 3142602 - SANCTIONED INCIDENT DATE/TIME: 07-05-2018 1303
DHO HEARING DATE/TIME: 07-24-2018 0800          DHO REPT DEL: 08-10-2018 0900
FACL/CHAIRPERSON.....: EDG/[(b)(6); (b)(7)(C)]
REPORT REMARKS.......: INMATE PROVIDED NO COMMENT
   201  FIGHTING WITH ANOTHER PERSON - FREQ: 1
        DIS GCT    / 27 DAYS / CS
        COMP:010 LAW:P   MEETS SENTENCING GUIDELINES
        DS         / 30 DAYS / CS
                FROM: 07-24-2018  THRU: 08-22-2018
        COMP:    LAW:    TO DETER FUTURE MISCONDUCT
        LP COMM    / 6 MONTHS / CS
                FROM: 07-24-2018  THRU: 01-23-2019
        COMP:    LAW:    TO DEMONSTRATE THE SERIOUSNESS OF THE ACT
--------------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 2803050 - SANCTIONED INCIDENT DATE/TIME: 01-09-2016 1245
DHO HEARING DATE/TIME: 01-12-2016 1142
FACL/CHAIRPERSON.....: COP/[(b)(6); (b)(7)(C)]
REPORT REMARKS.......: ADMITS GUILT; DHO FOUND I/M GUILTY OF DISPOSING OF
                       CONTRA
   115  DESTROY/DISPOSE ITEM-SEARCH - FREQ: 1
        DIS GCT    / 41 DAYS / CS
        COMP:010 LAW:P
        DS         / 20 DAYS / CS
        COMP:    LAW:
        LP COMM    / 180 DAYS / CS
        COMP:    LAW:
--------------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 2802813 - SANCTIONED INCIDENT DATE/TIME: 12-24-2015 1349
DHO HEARING DATE/TIME: 01-12-2016 1138
FACL/CHAIRPERSON.....: COP/[(b)(6); (b)(7)(C)]
REPORT REMARKS.......: ADMITS GUILT; DHO FOUND I/M GUILTY OF USE OF NARCOTICS
   112  USE OF DRUGS/ALCOHOL - FREQ: 1 ATI: DDB
        DIS GCT    / 41 DAYS / CS
        COMP:010 LAW:P
        DS         / 10 DAYS / CS
        COMP:    LAW:
        LP PHONE   / 120 DAYS / CS
        COMP:    LAW:




G0002      MORE PAGES TO FOLLOW . . .
```

No  8:09-cr-00025-JDW-AEP
Exhibit F
13

BOP FOIA  #2022-03040 3 of 6

```
REGISTER NO: 50590-018 NAME..: EUBANKS, JEREMY NEIL
FUNCTION...: PRT       FORMAT: CHRONO   LIMIT TO ____ MOS PRIOR TO 03-28-2022
```
--------------------------------------------------------------------------------
```
REPORT NUMBER/STATUS.: 2717301 - SANCTIONED INCIDENT DATE/TIME: 05-19-2015 0834
DHO HEARING DATE/TIME: 05-26-2015 0944
FACL/CHAIRPERSON.....: COP/(b)(6); (b)(7)(C)
REPORT REMARKS.......: NO COMMENT; GUILTY OF ASSAULT
    224  ASSAULTING W/O SERIOUS INJURY - FREQ: 1 ATI: IF1 RFP: D
         DIS GCT   / 27 DAYS / CS
         COMP:010 LAW:P
         DS        / 20 DAYS / CS
         COMP:    LAW:
         LP COMM   / 180 DAYS / CS
         COMP:    LAW:   RESTORE 11-26-2015
```
--------------------------------------------------------------------------------
```
REPORT NUMBER/STATUS.: 2716587 - SANCTIONED INCIDENT DATE/TIME: 05-18-2015 0942
UDC HEARING DATE/TIME: 05-22-2015 1300
FACL/UDC/CHAIRPERSON.: COP/(b)(6); (b)(7)(C)
REPORT REMARKS.......: FOUND GUILTY BASED OFF FROM INMATES OWN ADMISSION
    310  BEING ABSENT FROM ASSIGNMENT - FREQ: 1
         LP EMAIL  / 30 DAYS / CS
         COMP:    LAW:   RESTORED 06-21-2015
```
--------------------------------------------------------------------------------
```
REPORT NUMBER/STATUS.: 2418486 - SANCTIONED INCIDENT DATE/TIME: 03-05-2013 0915
DHO HEARING DATE/TIME: 03-20-2013 0805
FACL/CHAIRPERSON.....: LEW/(b)(6); (b)(7)(C)
REPORT REMARKS.......: ADMITS USING (b)(6); (b)(7)(C)      ITS PAC # TO MAKE CALL
    297  PHONE ABUSE-DISRUPT MONITORING - FREQ: 1
         DIS GCT   / 27 DAYS / CS
         COMP:010 LAW:P
         LP PHONE  / 90 DAYS / CS
         COMP:    LAW:
```
--------------------------------------------------------------------------------
```
REPORT NUMBER/STATUS.: 2233473 - SANCTIONED INCIDENT DATE/TIME: 11-14-2011 1200
UDC HEARING DATE/TIME: 11-23-2011 1318
FACL/UDC/CHAIRPERSON.: VIM/D1/2/(b)(6); (b)(7)(C)
REPORT REMARKS.......: INMATE ADMITS THE CHARGES.
    307  REFUSING TO OBEY AN ORDER - FREQ: 1
         LP OTHER  / 90 DAYS / CS
         COMP:    LAW:   LP PERSONAL PROPERTY FROM 11-24-2011 THRU 02-22-
                        2011.
    330  BEING UNSANITARY OR UNTIDY - FREQ: 1
         LP OTHER  / 90 DAYS / CS
         COMP:    LAW:   LP PERSONAL PROPERTY FROM 11-24-2011 THRU 02-22-
                        2011.
```

```
G0002      MORE PAGES TO FOLLOW . . .
```

```
REGISTER NO: 50590-018 NAME..: EUBANKS, JEREMY NEIL
FUNCTION...: PRT      FORMAT: CHRONO    LIMIT TO ____ MOS PRIOR TO 03-28-2022

--------------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 2197584 - SANCTIONED INCIDENT DATE/TIME: 08-11-2011 2003
DHO HEARING DATE/TIME: 11-15-2011 0845
FACL/CHAIRPERSON.....: VIM/[(b)(6); (b)(7)(C)]
REPORT REMARKS.......: INMATE ADMITS- I ACCEPT RESPONSIBILITY
   104  POSSESSING A DANGEROUS WEAPON - FREQ: 1
        DIS GCT   / 40 DAYS / CS
        COMP:010 LAW:P   LOSS OF 40 DAYS LOSS OF GOOD CONDUCT TIME
        DS        / 30 DAYS / CS
        COMP:     LAW:   30 DAYS DISCIPLINARY SEGREGATION TILL 12-14-11
        MON REST  / 75.00 DOLLARS / CS
        COMP:     LAW:    MONETARY FINE IN THE AMOUNT OF $75.00
--------------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 2131694 - SANCTIONED INCIDENT DATE/TIME: 02-24-2011 0647
DHO HEARING DATE/TIME: 03-10-2011 0909
FACL/CHAIRPERSON.....: VIM/[(b)(6); (b)(7)(C)]
APPEAL CASE NUMBER(S): 634118
REPORT REMARKS.......: INMATE ADMITS- I TRIED TO HELP A FRIEND OUT WITH HIS
                       FRP (MOST LIKE 297)
   299  DISRUPTIVE CONDUCT-HIGH - FREQ: 1
        DIS GCT   / 13 DAYS / CS
        COMP:010 LAW:P   LOSS OF 13 DAYS GOOD CONDUCT TIME
        DS        / 30 DAYS / CS / SUSPENDED 180 DAYS
        COMP:     LAW:   30 DAYS DISCIPLINARY SEGREGATION,SUSPENDED PENDING
                        180 DAYS CLEAR CONDUCT
        FF NVGCT  / 14 DAYS / CS
        COMP:010 LAW:P   LOSS OF 14 DAYS NON VESTED GOOD CONDUCT TIME
        LP OTHER  / 1 YEARS / CS
        COMP:     LAW:    1 YEAR LOSS OF EMAIL TILL 3-10-12
        LP PHONE  / 1 YEARS / CS
        COMP:     LAW:   1 YEAR LOSS OF PHONE TILL 5-16-12
--------------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 2084880 - SANCTIONED INCIDENT DATE/TIME: 10-31-2010 1755
DHO HEARING DATE/TIME: 11-16-2010 0905
FACL/CHAIRPERSON.....: VIM/[(b)(6); (b)(7)(C)]
REPORT REMARKS.......: INAMTE ADMITS-THE REPORT WRITTEN IS CORRECT
   222  POSSESSING INTOXICANTS - FREQ: 1
        DIS GCT   / 1 DAYS / CS
        COMP:010 LAW:P   LOSS OF 1 DAY GOOD CONDUCT TIME
        DS        / 15 DAYS / CS
        COMP:     LAW:   15 DAYS DISCIPLINARY SEGREGATION TILL 11-30-10
        FF NVGCT  / 27 DAYS / CS
        COMP:010 LAW:P   27 DAYS, LOSS OF NON-VESTED GOOD CONDUCT TIME
        LP COMM   / 6 MONTHS / CS
        COMP:     LAW:   6 MONTHS LOSS OF COMMISSARY TILL 5-16-11


G0002      MORE PAGES TO FOLLOW . . .
```

```
REGISTER NO: 50590-018 NAME..: EUBANKS, JEREMY NEIL
FUNCTION...: PRT      FORMAT: CHRONO     LIMIT TO ____ MOS PRIOR TO 03-28-2022


DHO HEARING DATE/TIME: 11-16-2010 0905 REPORT 2084880 CONTINUED
        LP PHONE   / 6 MONTHS / CS
        COMP:    LAW:   6 MONTHS LOSS OF PHONE TILL 5-16-11
-------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 2049754 - SANCTIONED INCIDENT DATE/TIME: 08-04-2010 1830
DHO HEARING DATE/TIME: 08-17-2010 0942
FACL/CHAIRPERSON.....: VIM/(b)(6), (b)(7)(C)
REPORT REMARKS.......: INMATE ADMITS- I ACCEPT RESPONSIBILITY FOR WHAT I DID
   113 POSSESSING DRUGS/ALCOHOL - FREQ: 1 ATI: ???
        DIS GCT    / 40 DAYS / CS
        COMP:010 LAW:P   LOSS OF 40 DAYS GOOD CONDUCT TIME
        DS         / 45 DAYS / CS
        COMP:    LAW:   45 DAYS DISCIPLINARY SEGREGATION TILL 9-30-10
        LP VISIT   / 1 YEARS / CS
        COMP:    LAW:   1 YEAR LOSS OF VISITS TILL 8-17-11
        LP VISITRS / 6 MONTHS / CS
        COMP:    LAW:   6 MONTHS IMMEDIATE FAMILY ONLY VISITS 8-17-11 TO
                        2-17-12
```

```
G0005      TRANSACTION SUCCESSFULLY COMPLETED - CONTINUE PROCESSING IF DESIRED
```

No  8:09-cr-00025-JDW-AEP
Exhibit F
16



**BP-A0304**    **DISCIPLINE HEARING OFFICER REPORT**

Dept. of Justice / Federal Bureau of Prisons

| Institution: **BIG SANDY USP** | Incident Report Number: **3486365** | |
|---|---|---|
| NAME OF INMATE: **EUBANKS, JEREMY** | REG.NO.: **50590-018** | UNIT: **C UNIT** |
| Date of Incident Report: **03-23-2021** | Offense Code(s): 112 | |
| Date of Incident: **03-13-2021** | | |

Summary of Charges:

**112 -- USE OF DRUGS/ALCOHOL.**

---

**I. NOTICE OF CHARGE(S)**

   A. Advanced written notice of charge (copy of Incident Report) was given to inmate on **03-23-2021** at **13:25** (by staff member) (b)(6); (b)(7)(C)

   B. The DHO Hearing was held on **04-01-2021** at **12:25**

   C. The inmate was advised of the rights before the DHO by (staff member): (b)(6); (b)(7)(C) on **03-26-2021** and a copy of the advisement of rights form is attached.

   D. Delay in Process   **None**

**II. STAFF REPRESENTATIVE**

   A. Inmate waived right to staff representative: [Yes] **X**   [No] ___

   B. Inmate requested staff representative and **NA** appeared.

   C. Staff Representative's Statement: **NA**

   D. Requested staff representative declined or could not appear but inmate was advised of option to postpone hearing to obtain another staff representative with the result that: **NA**

   E. Staff representative **NA** was appointed.

**III. PRESENTATION OF EVIDENCE**

   A. Inmate **neither admits nor denies the charge(s).**

   B. Summary of Inmate Statement:
   **Inmate Eubanks attended his hearing and remained silent. He did not request the review of any video evidence during the disciplinary process.**

---

Prescribed by P5270      Replaces BP-304(52) of Jan 88



**BP-A0304    DISCIPLINE HEARING OFFICER REPORT**

Dept. of Justice / Federal Bureau of Prisons

---

C.   Witnesses

---

1.   The inmate waived right to witnesses.   [Yes] **X**     [No] _

---

2.   The following persons were called as witness at this hearing and appeared
     (Each witness name and statement listed below):
     **NA**

---

3.   The following persons requested were not called for the reason(s) given
     (Each witness name and statement listed below):
     **NA**

---

4.   Unavailable witnesses were requested to submit written statements and
     those statements received were considered (Each witness name and
     statement listed below):
     **NA**

---

D.   Documentary Evidence. In addition to the Incident Report and
     Investigation, the DHO considered the following documents:
     **Chain of Custody Laboratory Form, dated 03-13-2021**
     **Phamatech Laboratory Report, dated 03-22-2021**
     **Supporting Medical Memorandum, provided by** (b)(6); (b)(7)(C)

---

E.   Confidential information was used by DHO in support of his findings, but
     was not revealed to the inmate. The confidential information was documented
     in a separate report. The confidential information has been (confidential
     informants have been) determined to be reliable because:
     **NA**

---

IV.  FINDINGS OF THE DHO
     _ A. The act was committed as charged.      _ C. No prohibited act was committed:
     _ B. The following act was commmitted:          Expunge according to inmate
                                                      discipline PS.

---

V.   SPECIFIC EVIDENCE RELIED ON TO SUPPORT FINDINGS (Physical evidence, observations
     written documents, etc.)
     **Your due process rights were read and reviewed with you by the DHO at the time of the hearing.
     You stated you understood your rights, had no documentary evidence to present, and requested no
     witnesses. You further indicated you do not wish to have a staff representative.**

     **The DHO took administrative notice that the initial positive test result was on 03-13-2021. However,
     the incident report was not written until 03-23-2021, when staff became aware of the positive lab
     results from an outside laboratory. This did not hinder the disciplinary process.**

     **The DHO finds you committed the prohibited act of 112, Use of Drugs Not Provided for the
     Individual by the Medical Staff.**

---

BOP FOIA   #2022-00202 2 of 11



Dept. of Justice / Federal Bureau of Prisons

The DHO relied upon the account of [(b)(6); (b)(7)(C)] who reports, On March 13, 2021 I, [(b)(6); (b)(7)(C)] was conducting urinalysis in Charlie-3 Housing Unit. At 7:15 a.m., I informed inmate Eubanks, Jeremy reg. #50590-018 whose assigned cell is C05-324, he was to provide a urine sample within a two hour time period. Inmate Eubanks was given access to one 8-ounce cup of water. At 8:02 a.m., inmate Eubanks provided a sample in cell C05-324. After approximately five minutes at 8:07 a.m., the sample cup provided positive results for Buprenorphine (BUP) and Oxycodone (OXY). The sample cup was sent off to the lab for further testing on March 13, 2021 at 2:00 p.m. On March 22, 2021 positive lab results for Buprenorphine (BUP) and Norbuprenorphine were received from the lab. I became aware of the positive lab results on March 23, 2021 at 8:15 a.m.

The DHO considered the Chain of Custody Laboratory Form for you, dated 03-13-2021, which indicates a urine sample was collected for a urinalysis to be conducted at an outside laboratory. Your signature in Step 2: Inmate Certification, indicates that Specimen ID BOP0005260151, was sealed in your presence.

The DHO considered the lab report from Phamatech Laboratories, which indicates urinalysis results, for Specimen ID BOP0005260151, were positive for Buprenorphine and Norbuprenorphine.

The DHO also considered the staff memorandum, provided by [(b)(6); (b)(7)(C)] who reports, I was notified by [(b)(6); (b)(7)(C)] that inmate Eubanks, Jeremy reg. #50590-018 had failed a send-off urine drug screen. [(b)(6); (b)(7)(C)] asked if there were any medications or reasons that inmate Eubanks #50590-018 would test positive for Buprenorphine or Norbuprenorphine. Upon review of inmate Eubanks #50590-018 medical record, there is no prescribed medication that would cause inmate Eubanks #50590-018 to test positive for Buprenorphine or Norbuprenorphine on a send-off urine quantitative Buprenorphine, other than he has taken this medication recently. Inmate Eubanks is nor prescribed Buprenorphine. Buprenorphine is a non-formulary medication in the Bureau of Prisons.

The DHO took notice that during the investigation, and your UDC hearing, you made no comment.

During this hearing, you attended and exercised your right to remain silent.

The DHO considered your silence. The DHO interpreted your posture of no defense to the charge to mean you had neither an interest nor viable evidence in which to refute the charge.

Based on the evidence presented at the hearing, the DHO gave greater weight of the evidence to the statement of the reporting staff, acknowledging the duty and obligation to report the truth and submit accurate statements. I found you committed the prohibited act of 112, Use of Drugs Not Provided for the Individual by the Medical Staff.

VI.    SANCTION OR ACTION TAKEN
       112
       Disallow 41 days Good Conduct Time from Comp
       30 days Disciplinary Segregation Suspended Pending 60 days via Clear Conduct
       3 months  Loss of Commissary Privileges
       3 months  Loss of Email Privileges

VII.   REASON FOR SANCTION OR ACTION TAKEN
       The action on your part to use narcotics poses a serious threat to the health, safety, and welfare of not only you, but all other inmates and staff alike. In the past, inmates under the influence of any narcotic have become violent toward others, and this behavior cannot be tolerated. The sanctions imposed by the DHO of 30 days in Disciplinary Segregation, the disallowance of 41 days of your Good Conduct Time, 3 months Loss of Commissary privileges and 3 months Loss of Email privileges, were imposed by the DHO to punish your behavior and to encourage you to abide by the institution rules in the future.

BOP FOIA   #2022-00202 3 of 11



**BP-A0304**  **DISCIPLINE HEARING OFFICER REPORT**

Dept. of Justice / Federal Bureau of Prisons

**I chose to suspend 30 days Disciplinary Segregation pending 60 days clear conduct to motivate you to correct your behavior and to deter you from engaging in similar behavior in the future.**

VIII.  APPEAL RIGHTS:  **X**  The inmate has been advised of the findings, specific evidence relied on, action and reasons for the action. The inmate has been advised of his right to appeal this action within 20 calendar days under the Administrative Remedy Procedure. A copy of this report has been given to the inmate.

| IX. (b)(6); (b)(7)(C) | | |
|---|---|---|
| Printed Name | Signature | Date |
| (b)(6); (b)(7)(C) | (b)(6); (b)(7)(C) | **04-12-2021** |

DHO Report Delivered to Inmate by: (b)(6); (b)(7)(C)

| (b)(6); (b)(7)(C) | (b)(6); (b)(7)(C) | 5-13-21 |
|---|---|---|
| Printed Name of Staff | Signature of Staff | Date & Time Delivered |

> The Government Paperwork Elimination Act (GPEA) of 1998 authorized Federal Agencies the use of electronic forms, electronic filing, and electronic signatures to conduct office business.



**BP-A0288**         **INCIDENT REPORT**
**Dept. of Justice / Federal Bureau of Prisons**

| Part I - Incident Report | | |
|---|---|---|

| 1. Institution: **BIG SANDY USP** | | Incident Report Number: 3486365 | |
|---|---|---|---|
| 2. Inmate's Name **EUBANKS, JEREMY** | 3. Register Number **50590-018** | 4. Date of Incident **03-13-2021** | 5. Time **07:15** |
| 6. Place of Incident **C05-324** | 7. Assignment **UNASSG** | 8. Unit **C UNIT** | |
| 9. Incident **112 -- USE OF DRUGS/ALCOHOL.** | | 10. Prohibited Act Code(s) **112** | |

11. Description Of Incident
   (Date: **03-23-2021**  Time: **08:15** staff became aware of incident)

   On March 13, 2021 I, <span style="background:yellow">(b)(6), (b)(7)(C)</span> was conducting urinalysis in Charlie-3 Housing Unit. At 7:15 a.m., I informed inmate Eubanks, Jeremy reg. #50590-018 whose assigned cell is C05-324, he was to provide a urine sample within a two hour time period. Inmate Eubanks was given access to one 8-ounce cup of water. At 8:02 a.m., inmate Eubanks provided a sample in cell C05-324. After approximately five minutes at 8:07 a.m., the sample cup provided positive results for Buprenorphine (BUP) and Oxycodone (OXY). The sample cup was sent off to the lab for further testing on March 13, 2021 at 2:00 p.m. On March 22, 2021 positive lab results for Buprenorphine (BUP) and Norbuprenorphine were received from the lab. I became aware of the positive lab results on March 23, 2021 at 8:15 a.m.

| 12. Typed Name/Signature of Reporting Employee <span style="background:yellow">(b)(6), (b)(7)(C)</span> | 13. Date And Time **03-23-2021 08:45** | |
|---|---|---|
| 14. Incident Report Delivered to Above Inmate By (Type Name/Signature) <span style="background:yellow">(b)(6), (b)(7)(C)</span> | 15. Date Report Delivered **03-23-2021** | 16. Time Report Delivered **13:25** |

> The Government Paperwork Elimination Act (GPEA) of 1998 authorized Federal Agencies the use of electronic forms, electronic filing, and electronic signatures to conduct office business.

Prescribed by P5270             Replaces BP-S288.052

No 8:09-cr-00025-JDW-AEP
Exhibit F
21



| BP-A0288 | **INCIDENT REPORT** |
|---|---|
| Dept. of Justice / Federal Bureau of Prisons | |

| Inmate's Name | Register Number | Incident Report Number |
|---|---|---|
| **EUBANKS, JEREMY** | **50590-018** | **3486365** |

### Part II - Committee Action

17. Comments of Inmate to Committee Regarding Above Incident
     **No comment**

18. A. It is the finding of the committee that you:
    — Committed the Prohibited Act as charged.
    — Did not commit a Prohibited Act.
    — Committed Prohibited Act Code(s)

    B. **X** The Committee is referring the Charge(s) to the DHO for further Hearing.

    C. **X** The Committee advised the inmate of its finding and of the right to file an appeal within 20 calendar days.

19. Committee Decision is based on Specific Evidence as Follows:
     **Refer to the DHO due to the level of the IR**

20. Committee action and/or recommendation if referred to DHO (Contingent upon DHO finding inmate committed prohibited act)
     **Appropriate sanctions allowed at the DHO**

21. Date And Time Of Action **03-26-2021 10:50** (The UDC Chairman's signature certifies who sat on the UDC and that the completed report accurately reflects the UDC proceedings.)

(b)(6); (b)(7)(C)

| Chairman (Typed Name/Signature) | Member (Typed Name) | Member (Typed Name) |
|---|---|---|

The Government Paperwork Elimination Act (GPEA) of 1998 authorized Federal Agencies the use of electronic forms, electronic filing, and electronic signatures to conduct office business.

Prescribed by PS270                    Replaces BP-S288.052

| Inmate's Name | Register Number | Incident Report Number |
|---|---|---|
| **EUBANKS, JEREMY** | **50590-018** | **3486365** |

| Part III - Investigation | 22. Date & Time Investigation Began |
|---|---|
| | **03-23-2021 13:25** |

23. Inmate Advised of Right To Remain Silent: You are advised of your right to remain silent at all stages of the discipline process. Your silence may be used to draw an adverse inference against you at any stage of the discipline process. Your silence may not be used to support a finding that you have committed a prohibited act.

The Inmate Was Advised Of The Above Right By [b)(6); (b)(7)(C)]

At (Date/time) **03-23-2021 13:25**

24. Inmate statement and attitude

**Inmate Jeremy Eubanks, Reg. No. 50590-018, acknowledged receiving a copy of this incident report and states that he does understand his rights pertaining to the disciplinary process.**
**Inmate Jeremy Eubanks, Reg. No. 50590-018, states: No comment.**
**Inmate Jeremy Eubanks, Reg. No. 50590-018, displayed a fair attitude during the course of this investigation.**

25. Other facts about the incident, statements of those persons present at scene, disposition of evidence, etc.

**Inmate Jeremy Eubanks, Reg. No. 50590-018, did not provide written documentation for his defense.**
**Inmate Jeremy Eubanks, Reg. No. 50590-018, did not request a staff representation.**
**Inmate Jeremy Eubanks, Reg. No. 50590-018, did not request witnesses pertaining to this incident report.**
**Original incident report is attached.**
**Disciplinary history is attached.**

26. Investigator's comments and conclusions

**Based on the information provided in the body of this report and the supporting documentation, section 11 does contain enough evidence to support the charge. Jeremy Eubanks, Reg. No. 50590-018, has been appropriately charged with the violation of code 112.**

27. Action taken

**Inmate will be remain in Special Housing Unit pending UDC and given the appropriate sanctions; this incident report will be forward to the UDC/DHO for further review.**

Date and Time Investigation Completed: **03-23-2021 13:27**

Printed Name/Signature Of Investigator: [b)(6); (b)(7)(C)]

Investigator Title: [b)(6); (b)(7)(C)]

|  |  |
|---|---|
|  | USP Big Sandy |
|  | Institution |
|  | 3-26-2021 |
|  | Date |

| TO: Eubanks, Jeremy | Reg. No.: 50590-018 |
|---|---|

**ALLEGED VIOLATION(S): Use of drugs/alcohol**

| DATE OF OFFENSE: 3-13-2021 | Code No.: 112 |
|---|---|

You are being referred to the DHO for the above charge(s).

The hearing will be held on: **Next Available Docket**   at   (A.M./P.M.) at the following location:

_____    _____    _____

You are entitled to have a full-time staff member represent you at the hearing. Please indicate below whether you desire to have a staff representative, and if so, his or her name.

I (do) _____ (do not) __✓__ wish to have a staff representative.

If so, the staff representative=s name is: _____

You will also have the right to call witnesses at the hearing and to present documentary evidence in your behalf; provided, calling your witnesses will not jeopardize institutional safety. Names of witnesses you wish to call should be listed below. Briefly state to what each proposed witness would be able to testify.

I (do) _____ (do not) __✓__ wish to have witnesses.

| NAME: | Can Testify to: |
|---|---|
|  |  |

| NAME: | Can Testify to: |
|---|---|
|  |  |

| NAME: | Can Testify to: |
|---|---|
|  |  |

The Discipline Hearing Officer will call those witnesses (Staff or Inmate) who are reasonably available, and who are determined by the DHO to have information relevant to the charge(s). Repetitive witnesses and repetitive character references need not be called. Unavailable witnesses may be asked to submit written statements.

If additional space is needed, use the reverse side of this form. Date, sign, and return this form to the DHO.

| DATE: 3-26-2021 | SIGNATURE: XX (b)(6); (b)(7)(C) |
|---|---|

Notice of hearing before DHO given inmate _1:09/a_ By _(b)(6); (b)(7)(C)_
                                        Date/Time          Staff Printed Name/Signature

*(This form may be replicated via WP)*                      Replaces BP-294(52) of JAN 88

PDF                          Prescribed by P5270

# Federal Bureau of Prisons Chain of Custody Form



SPECIMEN ID NO.: B O P 0 0 0 5 2 6 0 1 5 1

0005260151

## STEP 1: TO BE COMPLETED BY STAFF

**A. Institution Name, Address and Account No.**

BSY0070 - Big Sandy USP
1197 Airport Rd.
P. O. Box 2067
Inez, KY 41224

9337

**B.** Eubanks, Jeremy     Inmate's Register No.: 50590-018
(PRINT) Inmate's Name (Last, First, MI)

**C.** Time Requested: 0715   Time Provided: 0802   Date Collected: 03 | 13 | 2021   Drug Cup Results: ☐ Negative ☑ Positive
24 hour clock "Military Time"   24 hour clock "Military Time"   Mo. Day Year

**D. Test Reason:** ☐ Random ☑ Prior Use ☐ Suspect ☐ Disruptive Group ☐ Saturation ☐ Community ☐ Other

## STEP 2: INMATE CERTIFICATION

I have provided this specimen for the purpose of a drug screen. I acknowledge that the container was sealed with the tamper-proof seal in my presence and that the specimen number provided on this form and on the label affixed to the specimen container are the same.

**X.**

**INMATE'S SIGNATURE**

**X.**

Witness Signature (If Inmate refuse or unable to sign)   PRINT (Witness Name)

## STEP 3: STAFF CERTIFICATION

I certify that the specimen given to me by the inmate identified on this form was collected, labeled, and sealed in accordance with BOP Requirements

**X.**   (b)(6), (b)(7)(C)   (b)(6), (b)(7)(C)

Signature of Staff   (PRINT) Staff Name (Last, First, MI)

## STEP 4: TO BE COMPLETED BY STAFF

**A. Request Confirmation For (drug screen on the 14 drug cup):**

☐ AMP ☐ BAR ☐ BZD ☐ COC ☐ MET ☐ MOR ☐ OPI ☑ OXY ☐ PCP ☐ THC

**B. Request Confirmation For (not on 14 drug cup):**

☐ Steroids ☐ OTHER   ☑ Buprenorphine ☐ Fentanyl ☐ Bath Salts ☐ K2 Spice

**C.** Date Shipped: 3-13-21   Airbill Number: 1Z 5E1 86E 87 6129 2793 Staff Initials: MM

**TO BE COMPLETED BY LABORATORY:**

**X.**

Received by Signature

(PRINT) Received by Name (Last, First, MI)   Date Received: Mo. Day Year

**Specimen Bottle seal intact**
☐ YES
☐ NO, Enter Remarks

**Remarks:**

---

0005260151

**B** 3 /13/21   0802
DATE   INMATES INITIALS   COLLECTION TIME



BOP0005260151
0005260151

BOP0005260151   BOP0005260151



No 8:09-cr-00202-JDW-AEP

Exhibit F
25

**COPY 1 - BUREAU OF PRISONS**

BOP FOIA #2022-00202 9 of 11



**Phamatech Laboratories**
15175 Innovation Dr.
San Diego, CA 92128
(877)635-5840 fax (858)643-5781

**Report To** Big Sandy USP
Big Sandy USP

**Client** BOP - Big Sandy USP
**Location**
**Collector** [b)(6); (b)(7)(C)]

## Sample Information

| | | | | |
|---|---|---|---|---|
| **Specimen ID** | 0005260151 | **Test Reason** | Other | |
| **Donor ID** | 0005260151 | **Type** | Urine | |
| **Lab Sample ID** | 11561597 | **Collected** | 3/13/2021 08:02 | |
| **SSN / ID#** | | **Received** | 3/17/2021 10:37 | |
| | | **Report Date** | 3/22/2021 13:03 | PST |

## Tests Requested

| 01LCONNNID | Laboratory Oxyc 100/30 Panel | **Sample** POSITIVE |
|---|---|---|
| 01LCONNNHW | Lab Norbuprenorphrine Panel | |

| Test | Result | Quantitation | Screen Limit | Confirm Limit |
|---|---|---|---|---|
| OXYCODONE | NEGATIVE | | 100 ng/mL | 30 ng/mL |
| BUPRENORPHINE | POSITIVE | | 5 ng/mL | |
| Buprenorphine | POSITIVE | 15 ng/mL | | 1 ng/mL |
| Norbuprenorphine | POSITIVE | 29 ng/mL | | 1 ng/mL |

Notice: If the above drug test includes the analysis of ETG, ETS or ethanol, continual use of hand sanitizer containing alcohol may lead to low level positive ETG, ETS or ethanol test results. This does not apply to federal regulated drug tests.

Monday, March 22, 2021 1:03:25 PM
Page 1 of 1

Report ID: 11561597 - 53195848   **PHAMATECH**
3003.1.0.0

No 8:09-cr-00025-JDW-AEP
Exhibit F
26

BOP FOIA   #2022-00202 10 of 11



**U.S. Department of Justice**

Federal Bureau of Prisons

UNITED STATES PENITENTIARY BIG SANDY

1197 AIRPORT ROAD
INEZ, KY 41224

(b)(6); (b)(7)(C)

March 23, 2021

I was notified by (b)(6); (b)(7)(C) that Inmate Eubanks, Jeremy reg. #50590-018 had failed a send-off urine drug screen. (b)(6); (b)(7)(C) asked if there were any medications or reasons that Inmate Eubanks #50590-018 would test positive for Buprenorphine or Norbuprenorphine. Upon review of Inmate Eubanks #50590-018 medical record, there is no prescribed medication that would cause Inmate Eubanks #50590-018 to test positive for Buprenorphine or Norbuprenorphine on a send-off urine quantitative Buprenorphine, other than he has taken this medication recently. Inmate Eubanks is not prescribed Buprenorphine. Buprenorphine is a non-formulary medication in the Bureau of Prisons.

# DISCIPLINE HEARING OFFICER REPORT
## U.S. DEPARTMENT OF JUSTICE

**BP-S305.052 MAY 94**
**FEDERAL BUREAU OF PRISONS**

### **AMENDED REPORT**

| INSTITUTION | FCI I Victorville | INCIDENT REPORT NUMBER | | 2131694 |
|---|---|---|---|---|
| INMATE NAME: | EUBANKS, Jeremy | REG NO.: | 50590-018 | UNIT | C-Lower |
| DATE OF INCIDENT | 2-24-11 @ 6:47 AM | DATE OF INCIDENT REPORT | | 3-01-11 @ 2:30 PM |
| OFFENSE CODE(S) | 299 / 217 | | | |
| SUMMARY OF CHARGES | Disruptive Conduct (High Severity) / Giving Money to Any Person | | | |

## I. NOTICE OF CHARGE(S)

A. Advanced written notice of charge (copy of Incident Report) was given to inmate on

(date)  3-01-11  at (time)  8:04 PM  (by staff member)  (b)(6); (b)(7)(C)

B. The DHO Hearing was held on (date)  3-10-11  at (time)  9:09 AM

C. The inmate was advised of his/her rights before the DHO by (staff member):

(b)(6); (b)(7)(C)  on (date)  3-04-11 @ 11:00 AM  and a copy

of the advisement of rights form is attached.

## II. STAFF REPRESENTATIVE

| A. Inmate waived right to staff representative. | Yes: | | No: | X |
|---|---|---|---|---|

| B. Inmate requested staff representative and | Waived at hearing. |
|---|---|

C. Requested staff representative declined or could not appear but inmate was advised of option to postpone hearing to obtain another staff representative with the result that:

| D. Staff   Representative | N/A | | was appointed |
|---|---|---|---|

Staff Representative Statement: N/A

## III. PRESENTATION OF EVIDENCE

| A. Inmate admits | X | Denied | the charge(s). |
|---|---|---|---|

B. Summary of inmate statement:
Inmate Jeremy EUBANKS, Register Number 50590-018 stated, "I tried to help a friend out with his FRP."

C. Witness(es):

| 1. The inmate requested witness(es). | Yes: | | No: | X |
|---|---|---|---|---|

2. The following persons were called as witnesses at this hearing and appeared. (Include each witnesses' name, title, reg number and statement as appropriate.)

3. The following persons requested were not called for the reason(s) given.   N/A

| 4. Unavailable witnesses were requested to submit written statements and those statements received were considered. | Yes | | No | | N/A | X |
|---|---|---|---|---|---|---|

No  8:09-cr-00025-JDW-AEP
Exhibit F
28

BOP FOIA  #2022-01126 1 of 20

**\*\*AMENDED REPORT\*\***

| |
|---|
| D. Documentary Evidence: In addition to the Incident Report and Investigation, the DHO considered the following documents:    Trulinks notes of an email |

| |
|---|
| E. Confidential information was used by DHO in support of his findings, but was not revealed to the inmate.   The confidential information was documented in a separate report.   The confidential information has been (confidential informants have been) determined to be reliable because:    N/A |

## IV. FINDINGS OF THE DHO

| | | |
|---|---|---|
| | A. The act was committed as charged. | |
| X | B. The following act was committed: | Code 299 **(Most like 297)** |
| X | C. No prohibited act was committed: Expunge according to Inmate Discipline PS. 5270.07   **Code 217** | |

## V. SPECIFIC EVIDENCE RELIED ON TO SUPPORT FINDINGS (Physical evidence, observations, written documents, etc.)

The inmate=s due process rights were read and reviewed by the DHO to the inmate.   The DHO confirmed the inmate received a copy of his incident report, did not want to call any witnesses, and did not want a staff representative and did not have documentary evidence to provide.   The inmate understood his due process rights, and was ready to proceed with the DHO Hearing.

The DHO finds inmate EUBANKS, Jeremy, Register Number 50590-018 committed the prohibited act of Conduct which Disrupts the Security and Running of the Institution (High Severity) in violation of Code 299, most like Use of the Telephone/E-Mail for Abuses other than Criminal Activity, in violation of Code 297.   The charge of Code 217 has been expunged.   The DHO relied upon the reporting officer=s statement which indicates on February 24, 2011 at approximately 6:47 a.m., while monitoring inmate e-mails sent by inmate Jeremy EUBANKS, Register Number 50590-018 at 6:47 a.m., on February 24, 2011, in which he directed the recipient to send money to inmate (b)(6); (b)(7)(C); (b)(7)(F) to purchase commissary items.   The recipient sent inmate (b)(6); (b)(7)(C); (b)(7)(F) $40.00 on February 28, 2011.

The DHO relies upon the inmate's statement at his DHO hearing in which he stated, "I tried to help a friend out with his PRD.'

The DHO relied upon the Trulinks notes of an email whereas inmate Eubanks gave instructions for money to be sent to inmate (b)(6); (b)(7)(C); (b)(7)(F) for commissary.

Based upon these facts, the DHO is convinced inmate Jeremy EUBANKS, Register Number 50590-018 was Conduct which Disrupts the Security and Running of the Institution (High Severity) in violation of Code 299, most like Use of the Telephone/E-Mail for Abuses other than Criminal Activity, in violation of Code 297.

Based upon these facts, the DHO is not convinced inmate Jeremy EUBANKS, Register Number 50590-018 was Giving Money to Any Person in violation of Code 217.

**\*\*AMENDED REPORT\*\***

## VI. SANCTION OR ACTION TAKEN

**Code 299** (Most like 297)
1. 14 days, Non-Vested Disallowance of Good Conduct Time.
2. 13 days, Disallowance of Good Conduct Time.
3. 30 days, Disciplinary Segregation, Suspended.
4. 1 year, Loss of E-Mail.
5. 1 year, Loss of Telephone.
**Code 217   Expunged**

## VII. REASON FOR SANCTION OR ACTION TAKEN

Any action on the part of an inmate to display disruptive conduct of the high severity threatens the security of the institution and the safety of all others. The disallowance of good conduct time was imposed based on the severity level of the prohibited act, and the inmate's sentence commitment. The loss of privilege sanctions were imposed to encourage inmates to refrain from this type of misconduct, and to attempt to ensure future behavior consistent with Bureau regulations and policies.

## VIII. APPEAL RIGHTS: The inmate has been advised of the findings, specific evidence relied on, action and reasons for the action.   The inmate has been advised of his right to appeal this action within 20 calendar days under the Administrative Remedy Procedure.   A copy of this report has been given to the inmate.

| | Yes | X | No | |
|---|---|---|---|---|

IX. (b)(6); (b)(7)(C)

| Printed Name of (b)(6); (b)(7)(C) | Signature of (b)(6); (b)(7)(C) | Date |
|---|---|---|
| (b)(6); (b)(7)(C) | (b)(6); (b)(7)(C) | 4-21-11 |
| **Scanned & E-Mailed by:** | | |

| Report delivered to the inmate: | DATE: *April 22, 2011* | TIME: |
|---|---|---|
| (b)(6); (b)(7)(C) | | 4:00 P.M. |

(This form may be replicated in WP) Replaces BP-304(52) of JAN 88

BP-S288.052 **INCIDENT REPORT** CDFRM
MAY 1994
U.S. DEPARTMENT OF JUSTICE          FEDERAL BUREAU OF PRISONS

| 1. Name of Institution | FCI VICTORVILLE I | | Incident Report Number | 2131694 |
|---|---|---|---|---|

**Part I - Incident Report**

| 2. Name of Inmate | 3. Register Number | 4. Date of Incident | 5. Time |
|---|---|---|---|
| Eubanks, Jeremy | 50590-018 | February 24, 2011 | 6:47am |

| 6. Place of Incident | 7. Assignment | 8. Unit |
|---|---|---|
| C Lower | Laundry | C Lower |

| 9. Incident | Giving Money To Any Person<br>Conduct That Disrupts-Most Like Misuse Of Telephone | 10. Code | 217<br>299 |
|---|---|---|---|

| 11. Description of Incident | Date: | Mar. 01, 2011 | Time: | 2:30 PM | Staff became aware of Incident |
|---|---|---|---|---|---|

Today, while monitoring inmate emails, I discovered an email sent by inmate Eubanks, Jeremy #50590-018 at 6:47am on 24 Feb., 2011, in which he directed the recipient to send money to inmate (b)(6); (b)(7)(C); (b)(7)(F) to purchase commissary items. The recipient send inmate (b)(6); (b)(7)(C); (b)(7)(F) $40 on 28 Feb., 2011.

| 12. Signature of Reporting Employee | Date and Time | 13. Name and Title (Printed) |
|---|---|---|
| (b)(6); (b)(7)(C) | March 1, 2011<br>4:05 PM | (b)(6); (b)(7)(C) |

| 14. Incident Report Delivered To Above Inmate By: | 15. Date Delivered | 16. Time Delivered |
|---|---|---|
| (b)(6); (b)(7)(C) | 3-1-11 | 8:04 pm |

**Part II - Committee Action**

17. Comments Of The Inmate To The Unit Discipline Committee Regarding The Above Incident

Stated "No Comment"

| 18. A. It Is The Finding Of The Committee That You: | | B. | 4c | The Committee Is Referring The Charge(s) To The DHO For Further Hearing. |
|---|---|---|---|---|
| — | Committed The Following Prohibited Act. | | | |
| — | Did Not Commit A Prohibited Act | | | |
| | | C. | | The Committee Advised The Inmate Of the Finding And Of The Right To File An Appeal Within 15 Calendar Days. |

19. Committee Decision is Based On The Following Information.

The statement of the reporting officer

20. Committee action and/or recommendation if referred to DHO (Contingent upon DHO finding inmate committed the prohibited act)

Loss of Commissary, phone, email, GCT and DS time.

| 21. Date And Time Of Action | 3-4-11 | 1100 | (The UDC Chairman's Signature Next To |
|---|---|---|---|

No 8:09-cr-00025-JDW-AEP

Exhibit F
31

(b)(6); (b)(7)(C)          (b)(6); (b)(7)(C)

| PART III - INVESTIGATION | 22. Date and Time Investigation Began: **3/1/11 8:04** PM |
|---|---|

23. Inmate advised of right to remain silent: You are advised of your right to remain silent at all stages of the disciplinary process but are informed that your silence may be used to draw an adverse inference against you at any stage of the institutional disciplinary process. You are also informed that your silence alone may not be used to support a finding that you have committed a prohibited act.

The inmate was advised of the above right by _____ at (date/time) **3/1/11   8:04** PM

**24. Inmate Statement and Attitude**

Inmate Eubanks, Jeremy, Reg. No.50590-018, was advised of his rights and stated that he understood them. He was then read the body of this incident report. This inmate elected to make the following statement, "No Comment". The Inmate displayed a **FAIR** attitude.

**25. Other facts about the incident, statements of those persons present at scene, disposition of evidence, etc.**

**This inmate requested no witnesses during the course of this investigation.**

**26. Investigator's comments and conclusions**

Based on the information in section 11 of this incident report, I conclude that the report is true as written and charges are justified.

**27. Action Taken**

This report was referred to UDC for further disposition.

Date and time investigation completed   **3/1/11   8:20** PM

Printed Name/Signature of Investigator

Signature                                    Title

BP-A0294
JUN 10

# Notice of Discipline Hearing Before the (DHO) CDFRM

## U.S. DEPARTMENT OF JUSTICE

## FEDERAL BUREAU OF PRISONS

**Institution:** FCI Victorville

**Date:** 3-4-11

TO: Eubanks  REG. NO.: 50570-018

ALLEGED VIOLATION(S): Giving Money to any person
Conduct that disrupts- Most like misuse of telephone

DATE OF OFFENSE: 2-24-11  CODE NO.: 217/299

You are being referred to the DHO for the above charge(s).

The hearing will be held on: **TBD** at _____ (A.M./P.M.) at the following location: _____

You are entitled to have a full-time staff member represent you at the hearing. Please indicate below whether you desire to have a staff representative, and if so, his or her name.

I (do) _____ (do not) _✓_ wish to have a staff representative.

If so, the staff representative's name is: _____

You will also have the right to call witnesses at the hearing and to present documentary evidence in your behalf; provided, calling your witnesses will not jeopardize institutional safety. Names of witnesses you wish to call should be listed below. Briefly state to what each proposed witness would be able to testify.

I (do) _____ (do not) _✓_ wish to have witnesses.

| NAME: | CAN TESTIFY TO: |
|---|---|
|  |  |
|  |  |
| NAME: | CAN TESTIFY TO: |
|  |  |
|  |  |
| NAME: | CAN TESTIFY TO: |
|  |  |
|  |  |

The Discipline Hearing Officer will call those witnesses (Staff or Inmate) who are reasonably available, and who are determined by the DHO to have information relevant to the charge(s). Repetitive witnesses and repetitive character references need not be called. Unavailable witnesses may be asked to submit written statements.

If additional space is needed, use the reverse side of this form. Date, sign, and return this form to the DHO.

DATE: X 4 MARCH 11  SIGNATURE: X _____

Notice of hearing before DHO given inmate 3-4-11  1100  by _____ (b)(6); (b)(7)(C); (b)(7)(F)
Date/Time  Staff Printed Name/Signature

(This form may be replicated via WP)  Replaces BP-294(52) of JAN 88

No 8:09-cr-00025-JDW-AEP
Exhibit F
33

BOP FOIA  #2022-01126 6 of 20

**U.S. DEPARTMENT OF JUSTICE**                    **FEDERAL BUREAU OF PRISONS**

Institution:

As an inmate charged with a violation of Bureau of Prisons rules or regulations referred to the Discipline Hearing Officer (DHO) for disposition, you have the following rights:

1. The right to have a written copy of the charge(s) against you at least 24 hours prior to appearing before the Discipline Hearing Officer;

2. The right to have a full-time member of the staff who is reasonably available to represent you before the Discipline Hearing Officer;

3. The right to call witnesses (or present written statements of unavailable witnesses) and to present documentary evidence in your behalf, provided institutional safety would not be jeopardized;

4. The right to present a statement or to remain silent. Your silence may be used to draw an adverse inference against you. However, your silence alone may not be used to support a finding that you committed a prohibited act;

5. The right to be present throughout the discipline hearing except during a period of deliberation or when institutional safety would be jeopardized. If you elect not to appear before the DHO, you may still have witnesses and a staff representative appear on your behalf;

6. The right to be advised of the DHO's decision, the facts supporting that decision, except where institutional safety would be jeopardized, and the DHO's disposition in writing; and,

7. The right to appeal the decision of the DHO by means of the Administrative Remedy Procedure to the Regional Director within 20 calendar days of notice of the DHO's decision and disposition.

I hereby acknowledge that I have been advised of the above rights afforded me at a hearing before the Discipline Hearing Officer. I have further been advised that if I have previously received either a presumptive or effective parole date from the Parole Commission, a finding by the DHO that I committed the prohibited act(s) may result in a rescission or retardation by the Parole Commission of the presumptive or effective parole date.

Inmate's Name: _Eubanks_     Reg. No.: _50570-018_

Inmate Signature: X _____     Date: X _4 MARCH-11_

Notice of rights given to inmate (Date/time): _3-4-11_   _1100_

by: ___(b)(6); (b)(7)(C); (b)(7)(F)___
                    **Staff/Printed Name/Signature**

(This form may be replicated via WP)                    Replaces BP-S293(52) of JAN 88.

PDF                    Prescribed by P5270                    1

------------------------------------------------------------------------------------------------

FROM: 50590018 EUBANKS, JEREMY NEIL
TO: (b)(6); (b)(7)(C)
SUBJECT: RE: Re: that sucks
DATE: 02/24/2011 06:47 AM

u ok? hope so. do u still have that name i gave u? just send some money there. we go to the store tonight...thank you so much...i love you

— (b)(6); (b)(7)(C) on 02/22/2011 08:33 PM wrote:

>
No worries..i wish you could be here with me..I will keep my head up and keep moving forward. Wow! (b)(6); (b)(7)(C) looking for a wedding ring..gosh, I'm feeling old..LOL..I'm glad everything is ok for you there. I get paid tomorrow and I can send a little money, ok? Sounds good, just have them call my cell..that's the best way to get a hold of me. I'm getting ready for bed as it's been a long day and then tonight hasn't been that great but (b)(6); is a sleep so that's good for me. Oh by the way, I talked with Granny tonight..I asked her if she was being sweet..she said, yes, I'm trying too..LOL..she's a hoot! I miss and love you lots..take care of you for me..Love, (b)(6); (b)(7)(C)

JEREMY EUBANKS on 2/22/2011 5:45:43 PM wrote:
Sorry to hear all that. I wish I could just whoop his ass. I hope you can just move forward and things will get better. Everything is ok here. If you have any extra $ you think you can send some to the name u wrote down yesterday. I need some commisary. (b)(6); says he's serching for a wedding ring. Wow, can't believe that. My lawyer will be calling you soon to send you some money ok? Please take care and keeping moving forward. It will get better!!!! I love you

(b)(6); (b)(7)(C) on 02/22/2011 06:48 AM wrote:

>
Got it. Will do. Love you and miss you lots! Talk with you later

JEREMY EUBANKS on 2/22/2011 1:05:14 AM wrote
hey, can you write my buddy's name down and save it for me. (b)(6); (b)(7)(C); (b)(7)(F)

thank you, I'll talk to you tommorow..love ya

(b)(6); (b)(7)(C) on 02/19/2011 03:49 PM wrote:

>
Your welcome..love you

JEREMY EUBANKS on 2/18/2011 9:26:25 PM wrote
THANK YOU!!!!!

(b)(6); (b)(7)(C) on 02/18/2011 05:19 PM wrote:

>
It's done..Hope your doing good. Miss you and talk with you soon..Love you!!

JEREMY EUBANKS on 2/18/2011 1:05:14 AM wrote
Thank you. She said she was calling you on your cell and left a mesage. Oh well, thank you though. Hope all is well with you, sorry I missed you tonight. Take care ok? Did you check on that magizine schedule yet? I know your very busy...slow down alittle and try to relax..LOL.I love you (b)(6); (b)(7)(C)

(b)(6); (b)(7)(C) on 02/17/2011 09:03 PM wrote:



BP-A0308
JAN 17

## ADMINISTRATIVE DETENTION ORDER

**U.S. DEPARTMENT OF JUSTICE**
**FEDERAL BUREAU OF PRISONS**

| | |
|---|---|
| | EDGEFIELD FCI |
| | Institution |

Date/Time: 07-05-2018 13:50

TO: [b)(6); (b)(7)(C)]

FROM: [b)(6); (b)(7)(C)] , (Name/Title)

SUBJECT : Placement of _____ EUBANKS, JEREMY NEIL _____ , Reg. No. _____ 50590-018 _____ , in Administrative Detention

___✓___(a)  Is pending an investigation for a violation of Bureau regulations;

_____(b)  Is pending an SIS investigation.

_____(c)  Is pending investigation or trial for a criminal act;

_____(d)  Is to be admitted to Administrative Detention

_____(1)  Since the inmate has requested admission for protection;

I hereby request placement in Administrative Detention for my own protection.

Inmate Signature/Register No.: _____

Staff Witness Printed Name Signature: _____

_____(2)  Since a serious threat exists to individual's safety as perceived by staff, although person has not requested admission; referral of the necessary information will be forwarded for an appropriate hearing by the SRO.

_____(e)  Is pending transfer or is in holdover status during transfer.

_____(f)  Is pending classification; or

_____(g)  Is terminating confinement in Disciplinary Segregation and has been ordered into Administrative Detention by the Warden's designee.

It is this Correctional Supervisor's decision based on all the circumstances that the above named inmate's continued presence in the general population poses a serious threat to life, property, self, staff, other inmates, or to the security or orderly running of the institution because*
201 fighting with [b)(6); (b)(7)(C); (b)(7)(F)]

Therefore, the above named inmate is to be placed in Administrative Detention until further notice. The inmate received a copy of this Order on

(date / time) _____

Staff Witness Signature/Printed Name [b)(6); (b)(7)(C)]                     Date 7.5.2018

Supervisor 24 hour review of placement Signature/Printed name_____

* In the case of DHO action, reference to that order is sufficient. In other cases, the Correctional supervisor will make an independent review and decision, which is documented here.

Record Copy - Inmate Concerned (not necessary if placement is a result of holdover status); Copy - Captain; Copy - Unit Manager; Copy - Operation Supervisor - Administrative Detention Unit; Copy – Psychology; Copy - Central File

PDF                          Prescribed by P5270                          (Replaces BP-A0308 of JAN 88.)

SENSITIVE-BUT-UNCLASSIFIED

No 8:09-cr-00025-JDW-AEP
Exhibit F
36

**INCIDENT REPORT**


7·6·2018 *the*
COPY
Copy

U.S. DEPARTMENT OF JUSTICE

**FEDERAL BUREAU OF PRISONS**

**Part I — Incident Report**

| 1. Institution: FCI Edgefield | | Incident Report Number: | |
|---|---|---|---|
| 2. Inmate's Name: EUBANKS, Jeremy | 3. Register Number: 50590-018 | 4. Date of Incident: 5 July 2018 | 5. Time: 1303 |
| 6. Place of Incident: Compound | 7. Assignment: AM REC YD2 | | 8. Unit: A-3 |
| 9. Incident: Fighting with another person | | 10. Prohibited Act Code (s): 201 | |

11. Description of Incident (Date: 5 July 2018    Time: 1303    Staff became aware of incident):

At approximately 1303hrs, I (b)(6); (b)(7)(C) notified control of a fight on the compound via radio. I observed Inmate EUBANKS, Jeremy register #50590-018 striking Inmate (b)(6); (b)(7)(C); (b)(7)(F) with a closed fist to his face and torso area. I gave both inmates a direct order to stop fighting and both were non-compliant. I administered (b)(7)(C); (b)(7)(F); (b)(7)(E) (b)(7)(C); (b)(7)(F); (b)(7)(E) at which the desired effect was achieve and both inmates complied to staff's orders. Both inmates were placed in hand restraints and escorted to medical to complete medical assessments and decontamination process for the use of OC spray.

| 12. Typed Name/Signature of Reporting Employee: (b)(7)(C); (b)(6) | | 13. Date And Time: 5 July 2018  2:46 pm | |
|---|---|---|---|
| 14. Incident Report Delivered to Above Inmate By (Type Name/Signature): | 15. Date Incident Report Delivered: | 16. Time Incident Report Delivered: | |

**Part II — Committee Action**

17. Comments of Inmate to Committee Regarding Above Incident:

18. A. It is the finding of the committee that you:

    ☐ Committed the Prohibited Act as charged:
    ☐ Did not Commit a Prohibited Act.
    ☐ Committed Prohibited Act Code (s). _____

B. ☐ The Committee is referring the Charge(s) to the DHO for further Hearing
C. ☐ The Committee advised the Inmate of its finding and of the right to file an appeal within 20 calendar days.

19. Committee Decision is Based on Specific Evidence as Follows:

20. Committee action and/or recommendation if referred to DHO (Contingent upon DHO finding inmate committed prohibited act):

21. Date and Time of Action: _____ (The UDC Chairman=s signature certifies who sat on the UDC and that the completed report accurately reflects the UDC proceedings).

Chairman (Typed Name/Signature): _____    Member (Typed Name): _____    Member (Typed Name): _____

INSTRUCTIONS: All items outside of heavy rule are for staff use only. Begin entries with the number 1 and work up. Entries not completed will be voided by staff.

Distribute: Original-Central File Record; COPY-1-DHO; COPY-2-Inmate after UDC Action; COPY 3-Inmate within 24 hours of Part I Preparation

PDF

Prescribed by P5270
SENSITIVE-BUT UNCLASSIFIED

No 8:09-cr-00025-JDW-AEP
Exhibit F
Replaces BP-A0288 of AUG 11
37

BOP FOIA  #2022-01126 10 of 20



7-6-2018 COPY

| Inmate Name: EUBANKS, JEREMY NEIL | | Reg #: 50590-018 |
|---|---|---|
| Date of Birth: ___1980 | Sex: M Race: WHITE | Facility: EDG |
| Encounter Date: 07/05/2018 13:48 | Provider: Thomas, Charles RN | Unit: A05 |

Injury Assessment - Non-work related encounter performed at Health Services.

## SUBJECTIVE:

**INJURY 1**      **Provider:** Thomas, Charles RN

**Date of Injury:**   07/05/2018 13:05      **Date Reported for Treatment:**   07/05/2018 13:10

**Work Related:**   No      **Work Assignment:**   AM REC YD2

**Pain Location:**   Multiple Locations

**Pain Scale:**   2

**Pain Qualities:** Aching | Burning

**Where Did Injury Happen (Be specific as to location):**

on the sidewalk headed to rec

**Cause of Injury (Inmate's Statement of how injury occurred):**

"Fight"

**Symptoms (as reported by inmate):**

" My eyes are burning from that spray"

## OBJECTIVE:

## Exam:

**General**

**Affect**

Yes: Cooperative

**Appearance**

Yes: Appears Well, Alert and Oriented x 3, Appears in Pain

No: Appears Distressed, Writhing in Pain

**Eyes**

**General**

Yes: PERRLA

**Periorbital/Orbital/Lids**

Yes: Mucoid Discharge

**Conjunctiva and Sclera**

Yes: Diffuse Redness, Watery Discharge

No: Within Normal Limits

**Lips**

**General**

Yes: Abrasion

### Exam Comments

Diffuse redness to eyes and discomfort to face from the effects of OC spray. There is a superficial abrasion to the lower lip just to the Rt of midline as well as a abrasion to the inside of lip. Pt states he does not have any teeth that are loose or hurting. He has an old abrasion to the Rt knee that has been opened back up with scant bleeding. No other injuries identified or c/o.

SENSITIVE-BUT UNCLASSIFIED
BOP FOIA   #2022-01126 11 of 20

No  8:09-cr-00025-JDW-AEP
Exhibit F
38

Bureau of Prisons - EDG

Page 1 of 2

**ASSESSMENT:**

Alteration in comfort

7-6-2018

COPY

**PLAN:**

**Treatments Administered:**

| Date | Time | Treatment |
|------|------|-----------|
| 07/05/2018 | 13:54 EDG | Wound Care |

Eyes were flushed and face was washed with soap and water from the eyewash station in the UCR to decontaminate from the exposure of OC spray..

**Disposition:**

Follow-up at Sick Call as Needed

**Other:**

Pt advised to continue to wash his face ands eyes as needed but the burning would continue for a short time.

**Patient Education Topics:**

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|----------------|--------|---------------|----------|---------|
| 07/05/2018 | Counseling | Access to Care | Thomas, Charles | Verbalizes Understanding |
| 07/05/2018 | Counseling | Plan of Care | Thomas, Charles | Verbalizes Understanding |

**Copay Required:** No          **Cosign Required:** Yes

**Telephone/Verbal Order:** No

Completed by Thomas, Charles RN on 07/05/2018 13:56

Requested to be cosigned by Blocker, Rex MD, CD.

Cosign documentation will be displayed on the following page.

SENSITIVE-BUT UNCLASSIFIED
BOP FOIA #2022-01120 12-of-20



7-6-2018 (b)(7)(C); (b)(6)

**COPY**

# FEDERAL CORRECTIONAL INSTITUTION EDGEFIELD, SC
## Photo Sheet



| Date: | Time of incident: | Institution: | Location of incident: |
|---|---|---|---|
| 7-5-2018 | 1:03 PM | FCI Edgefield | Compound towards Recreation Yard |

| Inmate Name | Inmate Number: | |
|---|---|---|
| Eubanks, Jeremy | 50590-018 | |
| | **Photo Taken By:** | |
| | (b)(7)(C); (b)(6) | |



**Description:** Facial profile of inmate Eubanks, Jeremy Reg. No. 50590-018 who was involved in a physical altercation with inmate (b)(7)(C); (b)(6); (b)(7)(F) Inmate Eubanks has a small cut below his bottom lip.

*SENSITIVE BUT UNCLASSIFIED*
SENSITIVE-BUT UNCLASSIFIED

No 8:09-cr-00025-JDW-AEP
Exhibit F
40





# FEDERAL CORRECTIONAL INSTITUTION EDGEFIELD, SC
## <u>Photo Sheet</u>

| Date: | Time of incident: | Institution: | Location of incident: |
|---|---|---|---|
| 7-5-2018 | 1:03 PM | FCI Edgefield | Compound towards Recreation Yard |

| Inmate Name | Inmate Number: |
|---|---|
| Eubanks, Jeremy | 50590-018 |

| | Photo Taken By: |
|---|---|
| | (b)(7)(C), (b)(6) |



<u>**Description**</u>: **Second facial profile of inmate Eubanks, Jeremy including his hands, Reg. No. 50590-018 who was involved in a physical altercation with inmate (b)(7)(C), (b)(6), (b)(7)(F) Inmate Eubanks has a small cut below his bottom lip.**

*SENSITIVE BUT UNCLASSIFIED*

SENSITIVE-BUT UNCLASSIFIED

No 8:09-cr-00025-JDW-AEP
Exhibit F
41

# INCIDENT REPORT CDFRM

## U.S. DEPARTMENT OF JUSTICE

### FEDERAL BUREAU OF PRISONS

### Part I - Incident Report

| 1. Institution: COP | | | |
|---|---|---|---|
| 2. Inmate's Name Eubanks, Jeremy | 3. Register Number 50590-018 | 4. Date of Incident 5-19-2015 | 5. Time 8:34 a.m. |
| 6. Place of Incident Recreation Yard | 7. Assignment | 8. Unit | |
| 9. Incident: Assaulting any person | | 10. Prohibited Act Code(s) 224 | |

11. Description Of Incident (Date: 05/19/2015    Time: 8:34 a.m.   Staff became aware of incident)

On May 19, 2015 at approximately 8:34 a.m., I observed an inmate assault in progress on the recreation yard. I observed Inmate Eubanks, Jeremy #50590-018, along with (b)(7)(C); (b)(6); (b)(7)(F) (b)(7)(C); (b)(6); (b)(7)(F) in the head and body, with closed fists.

| 12. Typed Name/Signature of Reporting Employee (b)(7)(C); (b)(6); (b)(7)(F) | 13. Date And Time 5-19-2015   10:32 a.m. |
|---|---|
| 14. Incident Report Delivered to Above Inmate By (Type Name/Signature) | 15. Date Incident Report Delivered | 16. Time Incident Report Delivered |

### Part II - Committee Action

17. Comments of Inmate to Committee Regarding Above Incident

| 18. A. It is the finding of the committee that you: ____ Committed the Prohibited Act as charged. ____ Did not Commit a Prohibited Act. ____ Committed Prohibited Act Code(s) _____ | B. ____ The Committee is referring the Charge(s) to the DHO for further Hearing. C. ____ The Committee advised the inmate of its finding and of the right to file an appeal within 20 calendar days. |
|---|---|

19. Committee Decision is Based on Specific Evidence as Follows:

20. Committee action and/or recommendation if referred to DHO (Contingent upon DHO finding inmate committed prohibited act)

21. Date And Time Of Action _____    (The UDC Chairman's signature certifies who sat on the UDC and that the completed report accurately reflects the UDC proceedings.)

Chairman (Typed Name/Signature)            Member (Typed Name)            Member (Typed Name)

No 8:09-cr-00025-JDW-AEP
Exhibit F
42



## Inmate Investigative Report

Institution: Coleman USP

Case Number: (b)(7)(E); (b)(7)(F)

Investigation Type: Investigative / Incident

Inmates Involved:

| Register Number | Name | Role |
|---|---|---|
| (b)(7)(C); (b)(6); (b)(7)(F) | | |
| 50590018 | EUBANKS, JEREMY | (b)(6); (b)(7)(C); (b)(7)(F) |
| (b)(7)(C); (b)(6); (b)(7)(F) | | |

Staff Involved:

| Name | Title |
|---|---|
| **No information was found for the given criteria.** | |

Others Involved:

| Name | Title |
|---|---|
| **No information was found for the given criteria.** | |

(b)(6); (b)(7)(C)

| | Date: 5/19/2015 7:56:52 AM CST |
|---|---|
| | Date: 6/1/2015 12:42:22 PM CST |
| | Date: 6/2/2015 5:29:56 AM CST |
| Associate Warden: SHULTS, LARRY | Date: 6/8/2015 8:58:34 AM CST |
| Warden: SHULTS, LARRY | Date: 6/8/2015 8:58:39 AM CST |

Summary:

On May 19, 2015, at approximately 8:34 a.m., on the Recreation yard, Softball field, staff called for assistance when they observed three inmates assaulting a fourth inmate on the recreation yard. Specifically, staff observed inmates Eubanks, Jeremy, Reg. No. 50590-018, [b)(6); (b)(7)(C); (b)(7)(F)] [(b)(6); (b)(7)(C); (b)(7)(F)] on the head and upper body with closed fists. The Emergency Announcement System was activated and responding staff ordered the inmates to cease their actions, separate and lie on the ground. Inmates [b)(6); (b)(7)(C); (b)(7)(F)] refused to obey the orders given to them by staff and continued to assault inmate [b)(6); (b)(7)(C); (b)(7)(F)]. Staff could not approach without being placed in serious danger, therefore [(b)(7)(C); (b)(7)(E)] [(b)(7)(C); (b)(7)(E)] with negative results. The inmates continued to assault inmate [b)(7)(C); (b)(7)(F)] [b)(6)]. Staff ordered them to stop again, they refused. Another [b)(7)(E); (b)(7)(C)] was administered and the inmates complied with staff orders. All four inmates were placed in hand restraints, removed from the area and immediately decontaminated. The inmates were photographed, interviewed and medically assessed with only inmate [b)(7)(C); (b)(7)(F); (b)(6)] presenting injuries of minor abrasions. Inmates [b)(7)(C); (b)(7)(F); (b)(6)] suffered no residual effects from the OC inundation. The four inmates were placed in the Special Housing Unit without further incident. There were no reported staff injuries.

Inmate Data:

[b)(7)(C); (b)(7)(F); (b)(6); (b)(7)(E)]



Name: 50590018 - EUBANKS, JEREMY

[b)(7)(E); (b)(7)(F)]

Age: 34     Race: WHITE

Security Level: MEDIUM                     Custody Level: IN

Facility Arrival Date: 4/2/2014            Projected Release Date: 9/22/2036

Charges:

| Description | Sentencing District |
|---|---|
| 18:924(C)(1)(A)(II) BRANDISHING A FIREARM DURING A CRIME OF VIOLENCE -CT2 | FLORIDA, MIDDLE DISTRICT |
| 18:924(C)(1)(A)(II) BRANDISHING A FIREARM DURING A CRIME OF VIOLENCE -CT4 | FLORIDA, MIDDLE DISTRICT |

| STGs: | CIMs: |
|---|---|
| No STGs Found | No CIMs Found |

# Bureau of Prisons
# Health Services
# Clinical Encounter

| | | |
|---|---|---|
| Inmate Name: EUBANKS, JEREMY NEIL | | Reg #: 50590-018 |
| Date of Birth: ▆▆▆ 980 | Sex: M Race: WHITE | Facility: COP |
| Encounter Date: 05/19/2015 08:58 | Provider: LaVeigne, Kaley RN | Unit: B02 |

Injury Assessment - Non-work related encounter performed at Other.

**SUBJECTIVE:**

**INJURY 1** **Provider:** LaVeigne, Kaley RN

    **Date of Injury:** 05/19/2015 08:30     **Date Reported for Treatment:** 05/19/2015 09:00

    **Work Related:** No     **Work Assignment:** COMPD N-AM

    **Pain Location:** Back-Lower

    **Pain Scale:** Refused

    **Pain Qualities:**

    **Where Did Injury Happen (Be specific as to location):**

        On the Recreation Yard in front of M unit.

    **Cause of Injury (Inmate's Statement of how injury occurred):**

        "We had a scuffle on the yard."

    **Symptoms (as reported by inmate):**

        My lower back hurts a little.

**OBJECTIVE:**

**Pulse:**

| Date | Time | Rate Per Minute | Location | Rhythm | Provider |
|---|---|---|---|---|---|
| 05/19/2015 | 08:59 COX | 77 | Via Machine | | LaVeigne, Kaley RN |

**Respirations:**

| Date | Time | Rate Per Minute | Provider |
|---|---|---|---|
| 05/19/2015 | 08:59 COX | 16 | LaVeigne, Kaley RN |

**Blood Pressure:**

| Date | Time | Value | Location | Position | Cuff Size | Provider |
|---|---|---|---|---|---|---|
| 05/19/2015 | 08:59 COX | 150/90 | Left Arm | Standing | Adult-regular | LaVeigne, Kaley RN |

**SaO2:**

| Date | Time | Value(%) | Air | Provider |
|---|---|---|---|---|
| 05/19/2015 | 08:59 COX | 98 | Room Air | LaVeigne, Kaley RN |

**Exam:**

    **General**

        **Affect**

            Yes: Cooperative

        **Appearance**

            Yes: Appears Well, Alert and Oriented x 3

            No: Appears Distressed, Dyspneic, Appears in Pain, Writhing in Pain, Pale, Diaphoretic

    **Skin**

        **General**

            Yes: Warmth

        **Color**

            Yes: Within Normal Limits

## Exam:

### Trauma
Yes: Abrasion

### Head
#### General
Yes: Symmetry of Motor Function, Atraumatic/Normocephalic

No: Fluid/Blood from Ears, Fluid/Blood From Nose

### Ears
#### External Ear
Yes: Within Normal Limits

### Face
#### General
Yes: Symmetric

### Lips
#### General
Yes: Within Normal Limits

### Mouth
#### General
Yes: Within Normal Limits

### Neck
#### General
Yes: Supple, Symmetric, Trachea Midline

### Pulmonary
#### Observation/Inspection
Yes: Within Normal Limits

#### Thorax
Yes: Within Normal Limits, Normal Thoracic Expansion, Normal Diaphragmatic Excursion

### Abdomen
#### Inspection
Yes: Within Normal Limits

### Musculoskeletal
#### Gait
Yes: Normal Gait

### Neurologic
#### Coordination
Yes: Within Normal Limits

#### Coordination - Gait
Yes: Normal Gait

#### Coordination - Stance
Yes: Normal Stance, Steady

### Exam Comments
Small abrasion to the right index knuckle. No active bleeding present.

## ASSESSMENT:

Cut(s) and/or Abrasion(s)

Inmate was medically assessed after a fight involving four inmate on the recreation yard in front of M unit. Per inmate, "We had a scuffle on the yard." On assessment there is a small abrasion to the right index finger. Inmate states that he thinks he pulled a muscle in his lower back. Back was assessed; no inflammation or redness, skin intact. Inmate can be referred to commissary for OTC medications. Inmate states he has no other injuries. Inmate informed to notify staff

No 8:09-cr-00025-JDW-AEP
Exhibit F
46

BOP FOIA  #2022-01126 19 of 20

immediately if condition worsens or changes or to report to sick call. Inmate verbalized an understanding.

**PLAN:**

**Disposition:**

    Follow-up at Sick Call as Needed
    Return Immediately if Condition Worsens
    Return To Sick Call if Not Improved

**Patient Education Topics:**

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
| --- | --- | --- | --- | --- |
| 05/19/2015 | Counseling | Access to Care | LaVeigne, Kaley | Verbalizes Understanding |

**Copay Required:** No      **Cosign Required:** Yes
**Telephone/Verbal Order:** No

Completed by LaVeigne, Kaley RN on 05/19/2015 09:11
Requested to be cosigned by Tidwell, Mark MD.
Cosign documentation will be displayed on the following page

No 8:09-cr-00025-JDW-AEP
Exhibit F
47

BOP FOIA #2022-01126 20 of 20

# Alison Guernsey

**From:** EUBANKS JEREMY NEIL (50590018)

**Sent Date:** Thursday, January 4, 2024 12:37 PM

**To:** alison-guernsey@uiowa.edu

**Subject:** Eubanks

Hello, Hope you guys had a good holiday break and a Happy new year.
I just start working at UNICOR and the are taking 50% of my earnings to go toward the fine. Just wanted to let you know incase it matter toward the restitution issue. Thought it might look good that I had a UNICOR job in the judges eyes. No word yet on the response from warden here. Thank you for all help. Sincerely, Jeremy Eubanks